**Rule 1910.16-1.  Amount of Support.  Support Guidelines.**

(a)      *Applicability of the Support Guidelines.*

(1)      Except as **[set forth]provided** in subdivision (2)**[ below]**, the support guidelines **[set forth]determine** the amount of support which a spouse or parent should pay **based** on the **[basis of both]** parties' **combined monthly** net **[monthly]** incomes as defined in **[Rule]Pa.R.C.P. No.** 1910.16-2 and the number of persons being supported.

(2)      In actions in which the plaintiff is a public body or private agency pursuant to **[Rule]Pa.R.C.P. No.** 1910.3, the amount of the order shall be calculated under the guidelines based upon each obligor's **monthly** net **[monthly]** income as defined in **[Rule]Pa.R.C.P. No.**1910.16-2, with the public or private entity's income as zero.  In such cases, each parent shall be treated as a separate obligor and a parent's obligation will be based upon his or her own monthly net income without regard to the income of the other parent.

(i)      The amount of basic child support owed to other children not in placement shall be deducted from each parent's **monthly** net income before calculating support for the child or children in placement, including the amount of direct support the guidelines assume will be provided by the custodial parent.

*Example 1.*  Mother and Father have three children and do not live in the same household.  Mother has primary custody of two children and **monthly** net income of $2,000 per month.  Father's **monthly** net **[monthly]** income is $3,000.  The parties' third child is in foster care placement.  Pursuant to the schedule **[at Rule]in Pa.R.C.P. No.** 1910.16-3, the basic child support amount for the two children with Mother is $**[1,369]1,415**.  As Father's income is 60% of the parties' combined monthly net income, his basic support obligation to Mother is $**[821]849** per month. The guidelines assume that Mother will provide $**[548]566** per month in direct expenditures to the two children in her home.  The agency/obligee brings an action against each parent for the support of the child in placement. Father/obligor's income will be $**[2,179]2,151** for purposes of this calculation ($3,000 **[net]** less $**[821]849** in support for the children with Mother).  **[Because]As** the agency/obligee's income is zero, Father's support for the child in placement will be 100% of the schedule amount of basic support for one child at the $**[2,179]2,151** income level, or $**[520]509** per month.  Mother/obligor's income will be $**[1,452]1,434** for purposes of this calculation ($2,000 **[net]** less $**[548]566** in direct support to the children in her custody).  Her support obligation will be 100% of the schedule amount for one child at that income level, or $348 per month.

*Example 2.* Mother and Father have two children in placement. Father owes child support of $500 per month for two children of a former marriage. At the same income levels as **[above]in Example 1**, Father's income for determining his obligation to the children in placement would be $2,500 ($3,000 less $500 support for two children of prior marriage). His obligation to the agency would be $**[848]849** per month (100% of the schedule amount for two children at the $2,500 per month income level). Mother's income would not be diminished as she owes no other child support. She would owe $**[685]686** for the children in placement (100% of the schedule amount for two children at the $2,000 income level).

      (ii)     If the parents reside in the same household, their respective obligations to the children who remain in the household and are not in placement shall be calculated according to the guidelines, with the parent having the higher income as the obligor, and **[that]the calculated support** amount shall be deducted from the parents' **monthly** net **[monthly]** incomes for purposes of calculating support for the child(ren) in placement.

*Example 3.* Mother and Father have four children, two of whom are in placement. Mother's **monthly** net **[monthly]** income is $4,000 and Father's is $3,000. The basic support amount for the two children in the home is $**[1,628]1,660**, according to the schedule **[at Rule]in Pa.R.C.P. No.** 1910.16-3. As Mother's income is 57% of the parties' combined **monthly** net **[monthly]** incomes, her share would be $**[928]946**, and Father's 43% share would be $**[700]714**. Mother's income for purposes of calculating support for the two children in placement would be $**[3,072]3,054** ($4,000 less $**[928]946**). She would pay 100% of the basic child support at that income level, or $1,032, for the children in placement. Father's income would be $**[2,300]2,286** ($3,000 less $**[700]714**) and his obligation to the children in placement would be $**[782]784**.

\* \* \*

**Rule 1910.16-2. Support Guidelines. Calculation of Monthly Net Income.**

\* \* \*

(b) *Treatment of Public Assistance, SSI Benefits, Social Security Payments to a Child Due to a Parent's Death, Disability or Retirement and Foster Care Payments*.

\* \* \*

*Example 1.* The obligor has **monthly** net **[monthly]** income of $2,000. The obligee's **monthly** net **[monthly]** income is $1,500 and the obligee, as primary custodial parent of the parties' two children, receives $700 per month in Social Security

2

derivative benefits on behalf of the children as a result of the obligor's disability.  Add the children's benefit to the obligee's income, which now is $2,200 per month.  At the parties' combined **monthly** net **[monthly]** income of $4,200, the amount of basic child support for two children is $**[1,272]1,301**.  As the obligor's income is 48% of the parties' combined monthly net income, the obligor's preliminary share of the basic support obligation is $**[611]624**.  However, because the obligor's disability created the children's Social Security derivative benefits that the obligee is receiving, the obligor's obligation is reduced by the amount of the benefit, $700.  As the **support** amount cannot be less than zero, the obligor's **support** obligation is $0 per month.  If it were the obligee's disability that created the benefit, the obligor's **support** obligation would remain $**[611]624**.  If the obligor were receiving the children's benefit as a result of the obligor's retirement or disability, the obligor's income would include the amount of the benefit and total $2,700, or 64% of the parties' combined **monthly** net **[monthly]** income.  The obligor's share of the basic support obligation would then be $**[814]833** and would not be reduced by the amount of the children's benefit because the obligor, not the obligee, is receiving the benefit.  Therefore, the obligor's **support** obligation is less if the obligee is receiving the benefit created by the obligor.

*Example 2*.  Two children live with Grandmother who receives $800 per month in Social Security death benefits for the children as a result of **[their father's]Father's** death.  Grandmother also receives $500 per month from a trust established by Father for the benefit of the children.  Grandmother is employed and earns $2,000 net per month.  Grandmother seeks support from the children's mother, who earns $1,500 net per month.  For purposes of calculating Mother's support obligation, Grandmother's income will be $1,300, the amount she receives on behalf of the children in Social Security derivative benefits and **the** income from the trust.  (If Mother were receiving the benefit on behalf of the children it would be added to her income such that Mother's income would be $2,300 and Grandmother's **income** would be $500.) Therefore, **[the obligee's]Mother's** and Grandmother's combined **monthly** net **[monthly]** incomes total $2,800.  The basic support amount at the $2,800 income level for two children is $**[948]949**.  **[Subtracting from that amount the $800 in Social Security derivative benefits Grandmother receives for the children, results in a basic support amount of $148**.  **As Mother's income of $1,500 is 54% of the parties' combined income of $2,800, her support obligation to Grandmother is $80 per month.]** ~~As Mother's income of $1,500 is 54% of the parties' combined income of $2,800, her portion of the basic support obligation is $512.  Since Mother's retirement or disability did not generate the child's derivative benefit, the benefit amount is not subtracted from her portion of the basic support amount and Mother owes Grandmother $512.~~  If Grandmother **[were]was** not receiving the children's derivative benefits or income from the trust, her income for purposes of calculating Mother's child support obligation would be zero, and Mother would pay 100% of the basic support amount because Grandmother has no **[support obligation to]duty to support** the children.

3

(e)     *Net Income Affecting Application of the Support Guidelines.*

(1)     *Low Income Cases.*

(A)     **[When]If** the obligor's monthly net income and corresponding number of children fall into the shaded area of the schedule set forth in **[Rule]Pa.R.C.P. No.** 1910.16-3, the basic child support obligation shall **[first]** be calculated **initially by** using the obligor's income only.  For example, **[where]if** the obligor has monthly net income of $1,100**,** the presumptive amount of support for three children is $**[156]110** per month.  This amount is determined directly from the schedule in **[Rule]Pa.R.C.P. No.** 1910.16-3.  Next, calculate the obligor's child support obligation **[as in any other case,]by** using **[both]the** parties' **combined** monthly net incomes **and the formula in Pa.R.C.P. No. 1910.16-4**.  The lower of the two **[calculations]calculated amounts** shall be the obligor's basic child support obligation.

*Example_1*:  The parties have two children.  The obligor has **monthly** net **[monthly]** income of $1,500, which falls into the shaded area of the schedule for two children.  Using only the obligor's **monthly net** income, the amount of support for two children would be $**[518]472**.  Next, calculate support using **[both]the** parties' **combined monthly net** incomes.  The obligee has **monthly** net **[monthly]** income of $2,500 so the combined **monthly** net **[monthly]** income of the parties is $4,000.  The basic child support amount at that income level for two children is $**[1,240]1,269**.  As the obligor's income is 38% of the combined **monthly** net **[monthly]** income of the parties, the obligor's share of the basic support amount is $**[471]482**.  As the amount of support the obligor would pay using **only** the obligor's income **[alone]** is **[more]less** than the amount calculated using **[both]the** parties' **combined monthly net** incomes, the lower amount would be awarded**[.  Thus,], and** the obligor's basic child support obligation **[is]would be** $**[471]472**.

(B)     In computing a basic spousal support or alimony **[pendente lite]***pendente lite* obligation, the presumptive amount of support shall not reduce the obligor's **monthly** net income below the Self-Support Reserve of $**[931]981** per month.  [For example, if]

***Example 2***:  **If** the obligor earns $1,000 per month and the obligee earns $300 per month, the formula in Part IV of **[Rule]Pa.R.C.P. No.** 1910.16-4 would result in a support obligation of $280 per month **($1,000 - $300 = $700 X 40%)**.  Since this amount leaves the obligor with only $720 per month, it must be adjusted so that the obligor retains at least $**[931]981** per month.  The presumptive minimum amount of spousal support, therefore, is $**[69]19** per month in this case.

(C)     When the obligor's monthly net income is $[931]981 or less, the court may award support only after consideration of the parties' actual financial resources and living expenses.

* * *

**Rule 1910.16-3.  Support Guidelines.  Basic Child Support Schedule.**

The following schedule **[sets forth]represents** the amounts spent on children **[in]of** intact families by combined **monthly net** income and number of children. Combined **monthly net** income is on the vertical axis of the schedule and number of children is on the horizontal axis of the schedule.  This schedule is used to find the basic child support obligation.  Unless otherwise provided in these rules, the obligor's share of the basic support obligation shall be computed using the formula set forth in Part I of **[Rule]Pa.R.C.P. No.** 1910.16-4.

**---The following schedule is deleted in its entirety. ---**

| Monthly Basic Child Support Schedule | | | | | | |
|---|---|---|---|---|---|---|
| Combined Adjusted Net Income | One Child | Two Children | Three Children | Four Children | Five Children | Six Children |
| 950 | 17 | 17 | 18 | 18 | 18 | 18 |
| 1000 | 62 | 63 | 64 | 64 | 65 | 66 |
| 1050 | 107 | 108 | 110 | 111 | 112 | 113 |
| 1100 | 152 | 154 | 156 | 157 | 159 | 161 |
| 1150 | 197 | 199 | 202 | 204 | 206 | 208 |
| 1200 | 242 | 245 | 248 | 250 | 253 | 256 |
| 1250 | 287 | 290 | 294 | 297 | 300 | 303 |
| 1300 | 313 | 336 | 340 | 343 | 347 | 351 |
| 1350 | 324 | 381 | 386 | 390 | 394 | 398 |
| 1400 | 336 | 427 | 432 | 436 | 441 | 446 |
| 1450 | 348 | 472 | 478 | 483 | 488 | 493 |
| 1500 | 360 | 518 | 524 | 529 | 535 | 541 |
| 1550 | 371 | 537 | 570 | 576 | 582 | 588 |
| 1600 | 383 | 554 | 616 | 622 | 629 | 636 |
| 1650 | 395 | 571 | 662 | 669 | 676 | 683 |
| 1700 | 406 | 587 | 690 | 715 | 723 | 731 |
| 1750 | 418 | 604 | 708 | 762 | 770 | 778 |
| 1800 | 429 | 620 | 727 | 808 | 817 | 826 |
| 1850 | 440 | 636 | 746 | 833 | 864 | 873 |

| | | | | | |
|------|------|------|------|------|------|------|
| 1900 | 452 | 652 | 765 | 854 | 911 | 921 |
| 1950 | 463 | 669 | 784 | 875 | 958 | 968 |
| 2000 | 474 | 685 | 803 | 897 | 986 | 1016 |
| 2050 | 486 | 701 | 821 | 918 | 1009 | 1063 |
| 2100 | 497 | 717 | 840 | 939 | 1032 | 1111 |
| 2150 | 509 | 733 | 859 | 960 | 1056 | 1147 |
| 2200 | 520 | 750 | 878 | 981 | 1079 | 1173 |
| 2250 | 531 | 766 | 897 | 1002 | 1102 | 1198 |
| 2300 | 543 | 782 | 916 | 1023 | 1125 | 1223 |
| 2350 | 554 | 798 | 934 | 1044 | 1148 | 1248 |
| 2400 | 565 | 815 | 953 | 1065 | 1171 | 1273 |
| 2450 | 577 | 831 | 973 | 1086 | 1195 | 1299 |
| 2500 | 588 | 848 | 992 | 1108 | 1219 | 1325 |
| 2550 | 600 | 865 | 1012 | 1130 | 1243 | 1352 |
| 2600 | 612 | 881 | 1032 | 1152 | 1268 | 1378 |
| 2650 | 623 | 898 | 1051 | 1174 | 1292 | 1404 |
| 2700 | 635 | 915 | 1071 | 1196 | 1316 | 1430 |
| 2750 | 646 | 931 | 1091 | 1218 | 1340 | 1457 |
| 2800 | 658 | 948 | 1110 | 1240 | 1364 | 1483 |
| 2850 | 669 | 965 | 1130 | 1262 | 1388 | 1509 |
| 2900 | 681 | 981 | 1150 | 1284 | 1412 | 1535 |
| 2950 | 692 | 998 | 1169 | 1306 | 1437 | 1562 |
| 3000 | 704 | 1015 | 1189 | 1328 | 1461 | 1588 |
| 3050 | 716 | 1032 | 1209 | 1350 | 1485 | 1614 |
| 3100 | 727 | 1048 | 1228 | 1372 | 1509 | 1640 |
| 3150 | 738 | 1065 | 1247 | 1393 | 1532 | 1666 |
| 3200 | 747 | 1077 | 1261 | 1408 | 1549 | 1684 |
| 3250 | 756 | 1089 | 1274 | 1423 | 1565 | 1701 |
| 3300 | 765 | 1101 | 1287 | 1438 | 1582 | 1719 |
| 3350 | 774 | 1113 | 1300 | 1453 | 1598 | 1737 |
| 3400 | 783 | 1125 | 1314 | 1468 | 1614 | 1755 |
| 3450 | 792 | 1137 | 1327 | 1482 | 1631 | 1772 |
| 3500 | 801 | 1149 | 1340 | 1497 | 1647 | 1790 |
| 3550 | 809 | 1161 | 1354 | 1512 | 1663 | 1808 |
| 3600 | 818 | 1173 | 1367 | 1527 | 1680 | 1826 |
| 3650 | 826 | 1184 | 1379 | 1540 | 1694 | 1841 |
| 3700 | 831 | 1192 | 1388 | 1551 | 1706 | 1854 |
| 3750 | 836 | 1200 | 1398 | 1562 | 1718 | 1867 |
| 3800 | 842 | 1208 | 1408 | 1572 | 1729 | 1880 |
| 3850 | 847 | 1216 | 1417 | 1583 | 1741 | 1893 |
| 3900 | 853 | 1224 | 1427 | 1594 | 1753 | 1906 |

| | | | | | | |
|------|------|------|------|------|------|------|
| 3950 | 858 | 1232 | 1436 | 1604 | 1765 | 1918 |
| 4000 | 863 | 1240 | 1446 | 1615 | 1777 | 1931 |
| 4050 | 869 | 1248 | 1456 | 1626 | 1788 | 1944 |
| 4100 | 874 | 1256 | 1465 | 1637 | 1800 | 1957 |
| 4150 | 880 | 1264 | 1474 | 1647 | 1812 | 1969 |
| 4200 | 886 | 1272 | 1483 | 1657 | 1823 | 1981 |
| 4250 | 892 | 1280 | 1492 | 1667 | 1834 | 1993 |
| 4300 | 898 | 1288 | 1502 | 1677 | 1845 | 2005 |
| 4350 | 903 | 1296 | 1511 | 1687 | 1856 | 2018 |
| 4400 | 909 | 1304 | 1520 | 1697 | 1867 | 2030 |
| 4450 | 915 | 1312 | 1529 | 1708 | 1878 | 2042 |
| 4500 | 921 | 1320 | 1538 | 1718 | 1889 | 2054 |
| 4550 | 927 | 1328 | 1547 | 1728 | 1901 | 2066 |
| 4600 | 933 | 1336 | 1555 | 1737 | 1911 | 2078 |
| 4650 | 936 | 1340 | 1559 | 1742 | 1916 | 2083 |
| 4700 | 939 | 1344 | 1563 | 1746 | 1921 | 2088 |
| 4750 | 943 | 1348 | 1567 | 1750 | 1925 | 2093 |
| 4800 | 946 | 1352 | 1571 | 1754 | 1930 | 2098 |
| 4850 | 949 | 1356 | 1575 | 1759 | 1935 | 2103 |
| 4900 | 953 | 1360 | 1578 | 1763 | 1939 | 2108 |
| 4950 | 956 | 1364 | 1582 | 1767 | 1944 | 2113 |
| 5000 | 960 | 1369 | 1586 | 1772 | 1949 | 2118 |
| 5050 | 963 | 1373 | 1590 | 1776 | 1953 | 2123 |
| 5100 | 967 | 1378 | 1595 | 1781 | 1960 | 2130 |
| 5150 | 971 | 1384 | 1602 | 1789 | 1968 | 2139 |
| 5200 | 976 | 1390 | 1608 | 1797 | 1976 | 2148 |
| 5250 | 980 | 1396 | 1615 | 1804 | 1985 | 2157 |
| 5300 | 984 | 1402 | 1622 | 1812 | 1993 | 2167 |
| 5350 | 989 | 1408 | 1629 | 1820 | 2002 | 2176 |
| 5400 | 993 | 1414 | 1636 | 1827 | 2010 | 2185 |
| 5450 | 997 | 1420 | 1643 | 1835 | 2018 | 2194 |
| 5500 | 1002 | 1426 | 1650 | 1843 | 2027 | 2203 |
| 5550 | 1006 | 1432 | 1656 | 1850 | 2035 | 2212 |
| 5600 | 1011 | 1438 | 1663 | 1858 | 2044 | 2222 |
| 5650 | 1015 | 1444 | 1670 | 1866 | 2052 | 2231 |
| 5700 | 1019 | 1450 | 1677 | 1873 | 2061 | 2240 |
| 5750 | 1024 | 1456 | 1684 | 1881 | 2069 | 2249 |
| 5800 | 1028 | 1462 | 1691 | 1889 | 2077 | 2258 |
| 5850 | 1033 | 1469 | 1698 | 1897 | 2087 | 2268 |
| 5900 | 1038 | 1476 | 1706 | 1906 | 2096 | 2278 |
| 5950 | 1043 | 1483 | 1714 | 1914 | 2105 | 2289 |

| | | | | | |
|------|------|------|------|------|------|------|
| 6000 | 1048 | 1490 | 1721 | 1923 | 2115 | 2299 |
| 6050 | 1053 | 1497 | 1729 | 1931 | 2124 | 2309 |
| 6100 | 1058 | 1504 | 1736 | 1940 | 2134 | 2319 |
| 6150 | 1063 | 1511 | 1744 | 1948 | 2143 | 2329 |
| 6200 | 1069 | 1517 | 1752 | 1957 | 2152 | 2340 |
| 6250 | 1074 | 1524 | 1759 | 1965 | 2162 | 2350 |
| 6300 | 1079 | 1531 | 1767 | 1974 | 2171 | 2360 |
| 6350 | 1084 | 1538 | 1775 | 1982 | 2181 | 2370 |
| 6400 | 1089 | 1545 | 1782 | 1991 | 2190 | 2380 |
| 6450 | 1094 | 1552 | 1790 | 1999 | 2199 | 2391 |
| 6500 | 1099 | 1559 | 1798 | 2008 | 2209 | 2401 |
| 6550 | 1104 | 1566 | 1805 | 2017 | 2218 | 2411 |
| 6600 | 1109 | 1573 | 1813 | 2026 | 2228 | 2422 |
| 6650 | 1114 | 1580 | 1821 | 2034 | 2238 | 2433 |
| 6700 | 1119 | 1587 | 1829 | 2043 | 2248 | 2443 |
| 6750 | 1123 | 1593 | 1837 | 2052 | 2257 | 2454 |
| 6800 | 1128 | 1600 | 1845 | 2061 | 2267 | 2465 |
| 6850 | 1133 | 1607 | 1853 | 2070 | 2277 | 2475 |
| 6900 | 1138 | 1614 | 1861 | 2079 | 2287 | 2486 |
| 6950 | 1143 | 1621 | 1869 | 2088 | 2297 | 2497 |
| 7000 | 1148 | 1628 | 1877 | 2097 | 2306 | 2507 |
| 7050 | 1153 | 1635 | 1885 | 2106 | 2316 | 2518 |
| 7100 | 1158 | 1642 | 1893 | 2115 | 2326 | 2528 |
| 7150 | 1162 | 1649 | 1901 | 2124 | 2336 | 2539 |
| 7200 | 1167 | 1655 | 1909 | 2132 | 2346 | 2550 |
| 7250 | 1172 | 1662 | 1917 | 2141 | 2356 | 2560 |
| 7300 | 1177 | 1669 | 1924 | 2150 | 2365 | 2570 |
| 7350 | 1182 | 1676 | 1932 | 2158 | 2374 | 2580 |
| 7400 | 1187 | 1682 | 1939 | 2166 | 2383 | 2590 |
| 7450 | 1191 | 1689 | 1946 | 2174 | 2392 | 2600 |
| 7500 | 1196 | 1695 | 1954 | 2182 | 2401 | 2609 |
| 7550 | 1201 | 1702 | 1961 | 2191 | 2410 | 2619 |
| 7600 | 1206 | 1708 | 1968 | 2199 | 2419 | 2629 |
| 7650 | 1210 | 1715 | 1976 | 2207 | 2428 | 2639 |
| 7700 | 1215 | 1722 | 1983 | 2215 | 2437 | 2649 |
| 7750 | 1220 | 1728 | 1990 | 2223 | 2446 | 2658 |
| 7800 | 1225 | 1735 | 1998 | 2231 | 2455 | 2668 |
| 7850 | 1230 | 1741 | 2005 | 2240 | 2464 | 2678 |
| 7900 | 1234 | 1748 | 2012 | 2248 | 2473 | 2688 |
| 7950 | 1239 | 1754 | 2020 | 2256 | 2482 | 2697 |
| 8000 | 1244 | 1761 | 2027 | 2264 | 2491 | 2707 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8050 | 1249 | 1768 | 2034 | 2272 | 2500 | 2717 |
| 8100 | 1254 | 1774 | 2042 | 2281 | 2509 | 2727 |
| 8150 | 1258 | 1781 | 2049 | 2289 | 2518 | 2737 |
| 8200 | 1263 | 1787 | 2056 | 2297 | 2527 | 2746 |
| 8250 | 1268 | 1794 | 2064 | 2306 | 2536 | 2757 |
| 8300 | 1273 | 1801 | 2072 | 2315 | 2546 | 2768 |
| 8350 | 1278 | 1808 | 2081 | 2324 | 2556 | 2779 |
| 8400 | 1283 | 1815 | 2089 | 2333 | 2567 | 2790 |
| 8450 | 1287 | 1822 | 2097 | 2343 | 2577 | 2801 |
| 8500 | 1292 | 1829 | 2105 | 2352 | 2587 | 2812 |
| 8550 | 1297 | 1836 | 2114 | 2361 | 2597 | 2823 |
| 8600 | 1302 | 1843 | 2122 | 2370 | 2607 | 2834 |
| 8650 | 1307 | 1850 | 2130 | 2379 | 2617 | 2845 |
| 8700 | 1312 | 1857 | 2138 | 2389 | 2628 | 2856 |
| 8750 | 1317 | 1864 | 2147 | 2398 | 2638 | 2867 |
| 8800 | 1321 | 1871 | 2155 | 2407 | 2648 | 2878 |
| 8850 | 1326 | 1878 | 2163 | 2416 | 2658 | 2889 |
| 8900 | 1331 | 1885 | 2172 | 2426 | 2668 | 2900 |
| 8950 | 1336 | 1892 | 2180 | 2435 | 2678 | 2911 |
| 9000 | 1341 | 1899 | 2188 | 2444 | 2688 | 2922 |
| 9050 | 1346 | 1906 | 2196 | 2453 | 2699 | 2933 |
| 9100 | 1350 | 1913 | 2205 | 2463 | 2709 | 2944 |
| 9150 | 1355 | 1920 | 2213 | 2472 | 2719 | 2956 |
| 9200 | 1360 | 1927 | 2220 | 2480 | 2728 | 2966 |
| 9250 | 1362 | 1930 | 2224 | 2485 | 2733 | 2971 |
| 9300 | 1365 | 1934 | 2228 | 2489 | 2738 | 2976 |
| 9350 | 1367 | 1937 | 2232 | 2493 | 2742 | 2981 |
| 9400 | 1370 | 1940 | 2236 | 2497 | 2747 | 2986 |
| 9450 | 1372 | 1944 | 2239 | 2501 | 2752 | 2991 |
| 9500 | 1375 | 1947 | 2243 | 2506 | 2756 | 2996 |
| 9550 | 1377 | 1951 | 2247 | 2510 | 2761 | 3001 |
| 9600 | 1380 | 1954 | 2251 | 2514 | 2766 | 3006 |
| 9650 | 1382 | 1958 | 2255 | 2518 | 2770 | 3011 |
| 9700 | 1385 | 1961 | 2258 | 2523 | 2775 | 3016 |
| 9750 | 1387 | 1964 | 2262 | 2527 | 2780 | 3021 |
| 9800 | 1389 | 1968 | 2266 | 2531 | 2784 | 3027 |
| 9850 | 1392 | 1971 | 2270 | 2535 | 2789 | 3032 |
| 9900 | 1394 | 1975 | 2274 | 2540 | 2794 | 3037 |
| 9950 | 1397 | 1978 | 2277 | 2544 | 2798 | 3042 |
| 10000 | 1399 | 1981 | 2281 | 2548 | 2803 | 3047 |
| 10050 | 1402 | 1985 | 2285 | 2552 | 2808 | 3052 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10100 | 1404 | 1988 | 2289 | 2557 | 2812 | 3057 |
| 10150 | 1407 | 1992 | 2293 | 2561 | 2817 | 3062 |
| 10200 | 1410 | 1997 | 2298 | 2567 | 2824 | 3070 |
| 10250 | 1415 | 2002 | 2304 | 2574 | 2831 | 3078 |
| 10300 | 1419 | 2008 | 2310 | 2581 | 2839 | 3086 |
| 10350 | 1423 | 2013 | 2316 | 2587 | 2846 | 3094 |
| 10400 | 1427 | 2019 | 2323 | 2594 | 2854 | 3102 |
| 10450 | 1431 | 2024 | 2329 | 2601 | 2861 | 3110 |
| 10500 | 1435 | 2030 | 2335 | 2608 | 2869 | 3118 |
| 10550 | 1439 | 2035 | 2341 | 2615 | 2876 | 3126 |
| 10600 | 1443 | 2041 | 2347 | 2621 | 2884 | 3134 |
| 10650 | 1447 | 2046 | 2353 | 2628 | 2891 | 3143 |
| 10700 | 1451 | 2052 | 2359 | 2635 | 2898 | 3151 |
| 10750 | 1456 | 2057 | 2365 | 2642 | 2906 | 3159 |
| 10800 | 1460 | 2063 | 2371 | 2649 | 2913 | 3167 |
| 10850 | 1464 | 2068 | 2377 | 2655 | 2921 | 3175 |
| 10900 | 1468 | 2074 | 2383 | 2662 | 2928 | 3183 |
| 10950 | 1472 | 2079 | 2389 | 2669 | 2936 | 3191 |
| 11000 | 1476 | 2085 | 2395 | 2676 | 2943 | 3199 |
| 11050 | 1480 | 2090 | 2402 | 2683 | 2951 | 3207 |
| 11100 | 1484 | 2096 | 2408 | 2689 | 2958 | 3216 |
| 11150 | 1488 | 2101 | 2414 | 2696 | 2966 | 3224 |
| 11200 | 1492 | 2107 | 2420 | 2703 | 2973 | 3232 |
| 11250 | 1496 | 2112 | 2426 | 2710 | 2981 | 3240 |
| 11300 | 1501 | 2118 | 2432 | 2716 | 2988 | 3248 |
| 11350 | 1505 | 2123 | 2438 | 2723 | 2996 | 3256 |
| 11400 | 1509 | 2130 | 2445 | 2731 | 3004 | 3265 |
| 11450 | 1514 | 2136 | 2452 | 2739 | 3013 | 3275 |
| 11500 | 1518 | 2142 | 2460 | 2747 | 3022 | 3285 |
| 11550 | 1523 | 2149 | 2467 | 2756 | 3031 | 3295 |
| 11600 | 1527 | 2155 | 2474 | 2764 | 3040 | 3305 |
| 11650 | 1532 | 2162 | 2482 | 2772 | 3049 | 3315 |
| 11700 | 1536 | 2168 | 2489 | 2780 | 3058 | 3324 |
| 11750 | 1541 | 2174 | 2496 | 2788 | 3067 | 3334 |
| 11800 | 1545 | 2181 | 2504 | 2797 | 3076 | 3344 |
| 11850 | 1550 | 2187 | 2511 | 2805 | 3085 | 3354 |
| 11900 | 1554 | 2194 | 2519 | 2813 | 3094 | 3364 |
| 11950 | 1559 | 2200 | 2526 | 2821 | 3104 | 3374 |
| 12000 | 1563 | 2206 | 2533 | 2830 | 3113 | 3383 |
| 12050 | 1568 | 2213 | 2541 | 2838 | 3122 | 3393 |
| 12100 | 1572 | 2219 | 2548 | 2846 | 3131 | 3403 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12150 | 1577 | 2226 | 2555 | 2854 | 3140 | 3413 |
| 12200 | 1581 | 2232 | 2563 | 2863 | 3149 | 3423 |
| 12250 | 1586 | 2238 | 2570 | 2871 | 3158 | 3433 |
| 12300 | 1591 | 2245 | 2577 | 2879 | 3167 | 3442 |
| 12350 | 1595 | 2251 | 2585 | 2887 | 3176 | 3452 |
| 12400 | 1600 | 2258 | 2592 | 2895 | 3185 | 3462 |
| 12450 | 1604 | 2264 | 2600 | 2904 | 3194 | 3472 |
| 12500 | 1609 | 2271 | 2607 | 2912 | 3203 | 3482 |
| 12550 | 1613 | 2277 | 2614 | 2920 | 3212 | 3492 |
| 12600 | 1618 | 2283 | 2622 | 2928 | 3221 | 3501 |
| 12650 | 1622 | 2290 | 2629 | 2937 | 3230 | 3511 |
| 12700 | 1627 | 2296 | 2636 | 2945 | 3239 | 3521 |
| 12750 | 1631 | 2303 | 2644 | 2953 | 3248 | 3531 |
| 12800 | 1636 | 2309 | 2651 | 2961 | 3257 | 3541 |
| 12850 | 1640 | 2315 | 2658 | 2969 | 3266 | 3551 |
| 12900 | 1645 | 2322 | 2666 | 2978 | 3275 | 3560 |
| 12950 | 1649 | 2328 | 2673 | 2986 | 3285 | 3570 |
| 13000 | 1654 | 2335 | 2681 | 2994 | 3294 | 3580 |
| 13050 | 1658 | 2341 | 2688 | 3002 | 3303 | 3590 |
| 13100 | 1663 | 2347 | 2695 | 3011 | 3312 | 3600 |
| 13150 | 1668 | 2354 | 2703 | 3019 | 3321 | 3610 |
| 13200 | 1672 | 2360 | 2710 | 3027 | 3330 | 3619 |
| 13250 | 1677 | 2367 | 2717 | 3035 | 3339 | 3629 |
| 13300 | 1681 | 2373 | 2725 | 3044 | 3348 | 3639 |
| 13350 | 1685 | 2378 | 2730 | 3050 | 3355 | 3646 |
| 13400 | 1688 | 2383 | 2735 | 3055 | 3361 | 3653 |
| 13450 | 1691 | 2387 | 2741 | 3061 | 3367 | 3660 |
| 13500 | 1695 | 2392 | 2746 | 3067 | 3374 | 3667 |
| 13550 | 1698 | 2397 | 2751 | 3073 | 3380 | 3674 |
| 13600 | 1702 | 2401 | 2756 | 3079 | 3386 | 3681 |
| 13650 | 1705 | 2406 | 2761 | 3084 | 3393 | 3688 |
| 13700 | 1708 | 2411 | 2767 | 3090 | 3399 | 3695 |
| 13750 | 1712 | 2415 | 2772 | 3096 | 3406 | 3702 |
| 13800 | 1715 | 2420 | 2777 | 3102 | 3412 | 3709 |
| 13850 | 1718 | 2424 | 2782 | 3108 | 3418 | 3716 |
| 13900 | 1722 | 2429 | 2787 | 3113 | 3425 | 3723 |
| 13950 | 1725 | 2434 | 2793 | 3119 | 3431 | 3730 |
| 14000 | 1729 | 2438 | 2798 | 3125 | 3438 | 3737 |
| 14050 | 1732 | 2443 | 2803 | 3131 | 3444 | 3744 |
| 14100 | 1735 | 2448 | 2808 | 3137 | 3450 | 3751 |
| 14150 | 1739 | 2452 | 2813 | 3143 | 3457 | 3758 |

| 14200 | 1742 | 2457 | 2819 | 3148 | 3463 | 3764 |
|-------|------|------|------|------|------|------|
| 14250 | 1746 | 2462 | 2824 | 3154 | 3470 | 3771 |
| 14300 | 1749 | 2466 | 2829 | 3160 | 3476 | 3778 |
| 14350 | 1752 | 2471 | 2834 | 3166 | 3482 | 3785 |
| 14400 | 1756 | 2476 | 2839 | 3172 | 3489 | 3792 |
| 14450 | 1759 | 2480 | 2845 | 3177 | 3495 | 3799 |
| 14500 | 1763 | 2485 | 2850 | 3183 | 3502 | 3806 |
| 14550 | 1766 | 2490 | 2855 | 3189 | 3508 | 3813 |
| 14600 | 1769 | 2494 | 2860 | 3195 | 3514 | 3820 |
| 14650 | 1773 | 2499 | 2865 | 3201 | 3521 | 3827 |
| 14700 | 1776 | 2504 | 2871 | 3206 | 3527 | 3834 |
| 14750 | 1779 | 2508 | 2876 | 3212 | 3533 | 3841 |
| 14800 | 1783 | 2513 | 2881 | 3218 | 3540 | 3848 |
| 14850 | 1786 | 2518 | 2886 | 3224 | 3546 | 3855 |
| 14900 | 1790 | 2522 | 2891 | 3230 | 3553 | 3862 |
| 14950 | 1793 | 2527 | 2897 | 3235 | 3559 | 3869 |
| 15000 | 1796 | 2532 | 2902 | 3241 | 3565 | 3876 |
| 15050 | 1800 | 2536 | 2907 | 3247 | 3572 | 3883 |
| 15100 | 1803 | 2541 | 2912 | 3253 | 3578 | 3890 |
| 15150 | 1807 | 2546 | 2917 | 3259 | 3585 | 3896 |
| 15200 | 1810 | 2550 | 2923 | 3265 | 3591 | 3903 |
| 15250 | 1813 | 2555 | 2928 | 3270 | 3597 | 3910 |
| 15300 | 1817 | 2559 | 2933 | 3276 | 3604 | 3917 |
| 15350 | 1820 | 2564 | 2938 | 3282 | 3610 | 3924 |
| 15400 | 1823 | 2569 | 2943 | 3288 | 3617 | 3931 |
| 15450 | 1827 | 2573 | 2949 | 3294 | 3623 | 3938 |
| 15500 | 1830 | 2578 | 2954 | 3299 | 3629 | 3945 |
| 15550 | 1834 | 2583 | 2959 | 3305 | 3636 | 3952 |
| 15600 | 1837 | 2587 | 2964 | 3311 | 3642 | 3959 |
| 15650 | 1840 | 2592 | 2969 | 3317 | 3649 | 3966 |
| 15700 | 1844 | 2597 | 2975 | 3323 | 3655 | 3973 |
| 15750 | 1847 | 2601 | 2980 | 3328 | 3661 | 3980 |
| 15800 | 1851 | 2606 | 2985 | 3334 | 3668 | 3987 |
| 15850 | 1854 | 2611 | 2990 | 3340 | 3674 | 3994 |
| 15900 | 1857 | 2615 | 2995 | 3346 | 3680 | 4001 |
| 15950 | 1861 | 2620 | 3001 | 3352 | 3687 | 4008 |
| 16000 | 1864 | 2625 | 3006 | 3357 | 3693 | 4015 |
| 16050 | 1868 | 2629 | 3011 | 3363 | 3700 | 4022 |
| 16100 | 1871 | 2634 | 3016 | 3369 | 3706 | 4028 |
| 16150 | 1874 | 2639 | 3021 | 3375 | 3712 | 4035 |
| 16200 | 1878 | 2643 | 3027 | 3381 | 3719 | 4042 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16250 | 1881 | 2648 | 3032 | 3387 | 3725 | 4049 |
| 16300 | 1884 | 2653 | 3037 | 3392 | 3732 | 4056 |
| 16350 | 1888 | 2657 | 3042 | 3398 | 3738 | 4063 |
| 16400 | 1891 | 2662 | 3047 | 3404 | 3744 | 4070 |
| 16450 | 1895 | 2667 | 3053 | 3410 | 3751 | 4077 |
| 16500 | 1898 | 2671 | 3058 | 3416 | 3757 | 4084 |
| 16550 | 1901 | 2676 | 3063 | 3421 | 3764 | 4091 |
| 16600 | 1905 | 2681 | 3068 | 3427 | 3770 | 4098 |
| 16650 | 1908 | 2685 | 3073 | 3433 | 3776 | 4105 |
| 16700 | 1912 | 2690 | 3079 | 3439 | 3783 | 4112 |
| 16750 | 1915 | 2694 | 3084 | 3445 | 3789 | 4119 |
| 16800 | 1918 | 2699 | 3089 | 3450 | 3795 | 4126 |
| 16850 | 1922 | 2704 | 3094 | 3456 | 3802 | 4133 |
| 16900 | 1925 | 2708 | 3099 | 3462 | 3808 | 4140 |
| 16950 | 1928 | 2713 | 3105 | 3468 | 3815 | 4147 |
| 17000 | 1932 | 2718 | 3110 | 3474 | 3821 | 4153 |
| 17050 | 1935 | 2722 | 3115 | 3480 | 3827 | 4160 |
| 17100 | 1939 | 2727 | 3120 | 3485 | 3834 | 4167 |
| 17150 | 1942 | 2732 | 3125 | 3491 | 3840 | 4174 |
| 17200 | 1945 | 2736 | 3131 | 3497 | 3847 | 4181 |
| 17250 | 1949 | 2741 | 3136 | 3503 | 3853 | 4188 |
| 17300 | 1952 | 2746 | 3141 | 3509 | 3859 | 4195 |
| 17350 | 1956 | 2750 | 3146 | 3514 | 3866 | 4202 |
| 17400 | 1959 | 2755 | 3151 | 3520 | 3872 | 4209 |
| 17450 | 1962 | 2760 | 3157 | 3526 | 3879 | 4216 |
| 17500 | 1966 | 2764 | 3162 | 3532 | 3885 | 4223 |
| 17550 | 1969 | 2769 | 3167 | 3538 | 3891 | 4230 |
| 17600 | 1973 | 2774 | 3172 | 3543 | 3898 | 4237 |
| 17650 | 1976 | 2778 | 3177 | 3549 | 3904 | 4244 |
| 17700 | 1979 | 2783 | 3183 | 3555 | 3911 | 4251 |
| 17750 | 1983 | 2788 | 3188 | 3561 | 3917 | 4258 |
| 17800 | 1986 | 2792 | 3193 | 3567 | 3923 | 4265 |
| 17850 | 1989 | 2797 | 3198 | 3572 | 3930 | 4272 |
| 17900 | 1993 | 2802 | 3203 | 3578 | 3936 | 4279 |
| 17950 | 1996 | 2806 | 3209 | 3584 | 3942 | 4285 |
| 18000 | 2000 | 2811 | 3214 | 3590 | 3949 | 4292 |
| 18050 | 2003 | 2816 | 3219 | 3596 | 3955 | 4299 |
| 18100 | 2006 | 2820 | 3224 | 3602 | 3962 | 4306 |
| 18150 | 2010 | 2825 | 3229 | 3607 | 3968 | 4313 |
| 18200 | 2013 | 2829 | 3235 | 3613 | 3974 | 4320 |
| 18250 | 2017 | 2834 | 3240 | 3619 | 3981 | 4327 |

| 18300 | 2020 | 2839 | 3245 | 3625 | 3987 | 4334 |
|-------|------|------|------|------|------|------|
| 18350 | 2023 | 2843 | 3250 | 3631 | 3994 | 4341 |
| 18400 | 2027 | 2848 | 3255 | 3636 | 4000 | 4348 |
| 18450 | 2030 | 2853 | 3261 | 3642 | 4006 | 4355 |
| 18500 | 2033 | 2857 | 3266 | 3648 | 4013 | 4362 |
| 18550 | 2037 | 2862 | 3271 | 3654 | 4019 | 4369 |
| 18600 | 2040 | 2867 | 3276 | 3660 | 4026 | 4376 |
| 18650 | 2044 | 2871 | 3281 | 3665 | 4032 | 4383 |
| 18700 | 2047 | 2876 | 3287 | 3671 | 4038 | 4390 |
| 18750 | 2050 | 2881 | 3292 | 3677 | 4045 | 4397 |
| 18800 | 2054 | 2885 | 3297 | 3683 | 4051 | 4404 |
| 18850 | 2057 | 2890 | 3302 | 3689 | 4058 | 4411 |
| 18900 | 2061 | 2895 | 3307 | 3694 | 4064 | 4417 |
| 18950 | 2064 | 2899 | 3313 | 3700 | 4070 | 4424 |
| 19000 | 2067 | 2904 | 3318 | 3706 | 4077 | 4431 |
| 19050 | 2071 | 2909 | 3323 | 3712 | 4083 | 4438 |
| 19100 | 2074 | 2913 | 3328 | 3718 | 4089 | 4445 |
| 19150 | 2078 | 2918 | 3333 | 3724 | 4096 | 4452 |
| 19200 | 2081 | 2923 | 3339 | 3729 | 4102 | 4459 |
| 19250 | 2084 | 2927 | 3344 | 3735 | 4109 | 4466 |
| 19300 | 2088 | 2932 | 3349 | 3741 | 4115 | 4473 |
| 19350 | 2091 | 2937 | 3354 | 3747 | 4121 | 4480 |
| 19400 | 2094 | 2941 | 3360 | 3753 | 4128 | 4487 |
| 19450 | 2098 | 2946 | 3365 | 3758 | 4134 | 4494 |
| 19500 | 2101 | 2951 | 3370 | 3764 | 4141 | 4501 |
| 19550 | 2105 | 2955 | 3375 | 3770 | 4147 | 4508 |
| 19600 | 2108 | 2960 | 3380 | 3776 | 4153 | 4515 |
| 19650 | 2111 | 2964 | 3386 | 3782 | 4160 | 4522 |
| 19700 | 2115 | 2969 | 3391 | 3787 | 4166 | 4529 |
| 19750 | 2118 | 2974 | 3396 | 3793 | 4173 | 4536 |
| 19800 | 2122 | 2978 | 3401 | 3799 | 4179 | 4543 |
| 19850 | 2125 | 2983 | 3406 | 3805 | 4185 | 4549 |
| 19900 | 2128 | 2988 | 3412 | 3811 | 4192 | 4556 |
| 19950 | 2132 | 2992 | 3417 | 3816 | 4198 | 4563 |
| 20000 | 2135 | 2997 | 3422 | 3822 | 4205 | 4570 |
| 20050 | 2138 | 3002 | 3427 | 3828 | 4211 | 4577 |
| 20100 | 2142 | 3006 | 3432 | 3834 | 4217 | 4584 |
| 20150 | 2145 | 3011 | 3438 | 3840 | 4224 | 4591 |
| 20200 | 2149 | 3016 | 3443 | 3846 | 4230 | 4598 |
| 20250 | 2152 | 3020 | 3448 | 3851 | 4236 | 4605 |
| 20300 | 2155 | 3025 | 3453 | 3857 | 4243 | 4612 |

| | | | | | |
|---|---|---|---|---|---|
| 20350 | 2159 | 3030 | 3458 | 3863 | 4249 | 4619 |
| 20400 | 2162 | 3034 | 3464 | 3869 | 4256 | 4626 |
| 20450 | 2166 | 3039 | 3469 | 3875 | 4262 | 4633 |
| 20500 | 2169 | 3044 | 3474 | 3880 | 4268 | 4640 |
| 20550 | 2172 | 3048 | 3479 | 3886 | 4275 | 4647 |
| 20600 | 2176 | 3053 | 3484 | 3892 | 4281 | 4654 |
| 20650 | 2179 | 3058 | 3490 | 3898 | 4288 | 4661 |
| 20700 | 2183 | 3062 | 3495 | 3904 | 4294 | 4668 |
| 20750 | 2186 | 3067 | 3500 | 3909 | 4300 | 4675 |
| 20800 | 2189 | 3072 | 3505 | 3915 | 4307 | 4681 |
| 20850 | 2193 | 3076 | 3510 | 3921 | 4313 | 4688 |
| 20900 | 2196 | 3081 | 3516 | 3927 | 4320 | 4695 |
| 20950 | 2199 | 3086 | 3521 | 3933 | 4326 | 4702 |
| 21000 | 2203 | 3090 | 3526 | 3938 | 4332 | 4709 |
| 21050 | 2206 | 3095 | 3531 | 3944 | 4339 | 4716 |
| 21100 | 2210 | 3099 | 3536 | 3950 | 4345 | 4723 |
| 21150 | 2213 | 3104 | 3542 | 3956 | 4352 | 4730 |
| 21200 | 2216 | 3109 | 3547 | 3962 | 4358 | 4737 |
| 21250 | 2220 | 3113 | 3552 | 3968 | 4364 | 4744 |
| 21300 | 2223 | 3118 | 3557 | 3973 | 4371 | 4751 |
| 21350 | 2227 | 3123 | 3562 | 3979 | 4377 | 4758 |
| 21400 | 2230 | 3127 | 3568 | 3985 | 4383 | 4765 |
| 21450 | 2233 | 3132 | 3573 | 3991 | 4390 | 4772 |
| 21500 | 2237 | 3137 | 3578 | 3997 | 4396 | 4779 |
| 21550 | 2240 | 3141 | 3583 | 4002 | 4403 | 4786 |
| 21600 | 2243 | 3146 | 3588 | 4008 | 4409 | 4793 |
| 21650 | 2247 | 3150 | 3593 | 4013 | 4415 | 4799 |
| 21700 | 2250 | 3155 | 3597 | 4017 | 4419 | 4804 |
| 21750 | 2253 | 3159 | 3601 | 4022 | 4424 | 4809 |
| 21800 | 2257 | 3163 | 3605 | 4026 | 4428 | 4814 |
| 21850 | 2260 | 3167 | 3609 | 4030 | 4433 | 4819 |
| 21900 | 2263 | 3171 | 3613 | 4034 | 4438 | 4824 |
| 21950 | 2267 | 3175 | 3618 | 4039 | 4442 | 4829 |
| 22000 | 2270 | 3179 | 3622 | 4043 | 4447 | 4834 |
| 22050 | 2273 | 3183 | 3626 | 4047 | 4452 | 4839 |
| 22100 | 2277 | 3187 | 3630 | 4051 | 4456 | 4844 |
| 22150 | 2280 | 3191 | 3634 | 4055 | 4461 | 4849 |
| 22200 | 2283 | 3196 | 3638 | 4060 | 4466 | 4854 |
| 22250 | 2287 | 3200 | 3642 | 4064 | 4470 | 4859 |
| 22300 | 2290 | 3204 | 3646 | 4068 | 4475 | 4864 |
| 22350 | 2293 | 3208 | 3650 | 4072 | 4480 | 4869 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22400 | 2297 | 3212 | 3654 | 4077 | 4484 | 4874 |
| 22450 | 2300 | 3216 | 3659 | 4081 | 4489 | 4879 |
| 22500 | 2303 | 3220 | 3663 | 4085 | 4493 | 4884 |
| 22550 | 2307 | 3224 | 3667 | 4089 | 4498 | 4889 |
| 22600 | 2310 | 3228 | 3671 | 4093 | 4503 | 4894 |
| 22650 | 2313 | 3233 | 3675 | 4098 | 4507 | 4900 |
| 22700 | 2316 | 3237 | 3679 | 4102 | 4512 | 4905 |
| 22750 | 2320 | 3241 | 3683 | 4106 | 4517 | 4910 |
| 22800 | 2323 | 3245 | 3687 | 4110 | 4521 | 4915 |
| 22850 | 2326 | 3249 | 3691 | 4114 | 4526 | 4920 |
| 22900 | 2330 | 3253 | 3695 | 4119 | 4531 | 4925 |
| 22950 | 2333 | 3257 | 3700 | 4123 | 4535 | 4930 |
| 23000 | 2336 | 3261 | 3704 | 4127 | 4540 | 4935 |
| 23050 | 2340 | 3265 | 3708 | 4131 | 4544 | 4940 |
| 23100 | 2343 | 3269 | 3712 | 4136 | 4549 | 4945 |
| 23150 | 2346 | 3274 | 3716 | 4140 | 4554 | 4950 |
| 23200 | 2350 | 3278 | 3720 | 4144 | 4558 | 4955 |
| 23250 | 2353 | 3282 | 3724 | 4148 | 4563 | 4960 |
| 23300 | 2356 | 3286 | 3728 | 4152 | 4568 | 4965 |
| 23350 | 2360 | 3290 | 3732 | 4157 | 4572 | 4970 |
| 23400 | 2363 | 3294 | 3736 | 4161 | 4577 | 4975 |
| 23450 | 2366 | 3298 | 3740 | 4165 | 4582 | 4980 |
| 23500 | 2370 | 3302 | 3745 | 4169 | 4586 | 4985 |
| 23550 | 2373 | 3306 | 3749 | 4174 | 4591 | 4990 |
| 23600 | 2376 | 3311 | 3753 | 4178 | 4596 | 4995 |
| 23650 | 2380 | 3315 | 3757 | 4182 | 4600 | 5000 |
| 23700 | 2383 | 3319 | 3761 | 4186 | 4605 | 5005 |
| 23750 | 2386 | 3323 | 3765 | 4190 | 4609 | 5010 |
| 23800 | 2389 | 3327 | 3769 | 4195 | 4614 | 5016 |
| 23850 | 2393 | 3331 | 3773 | 4199 | 4619 | 5021 |
| 23900 | 2396 | 3335 | 3777 | 4203 | 4623 | 5026 |
| 23950 | 2399 | 3339 | 3781 | 4207 | 4628 | 5031 |
| 24000 | 2403 | 3343 | 3786 | 4212 | 4633 | 5036 |
| 24050 | 2406 | 3347 | 3790 | 4216 | 4637 | 5041 |
| 24100 | 2409 | 3352 | 3794 | 4220 | 4642 | 5046 |
| 24150 | 2413 | 3356 | 3798 | 4224 | 4647 | 5051 |
| 24200 | 2416 | 3360 | 3802 | 4228 | 4651 | 5056 |
| 24250 | 2419 | 3364 | 3806 | 4233 | 4656 | 5061 |
| 24300 | 2423 | 3368 | 3810 | 4237 | 4661 | 5066 |
| 24350 | 2426 | 3372 | 3814 | 4241 | 4665 | 5071 |
| 24400 | 2429 | 3376 | 3818 | 4245 | 4670 | 5076 |

| | | | | | |
|---|---|---|---|---|---|
| 24450 | 2433 | 3380 | 3822 | 4250 | 4674 | 5081 |
| 24500 | 2436 | 3384 | 3827 | 4254 | 4679 | 5086 |
| 24550 | 2439 | 3389 | 3831 | 4258 | 4684 | 5091 |
| 24600 | 2443 | 3393 | 3835 | 4262 | 4688 | 5096 |
| 24650 | 2446 | 3397 | 3839 | 4266 | 4693 | 5101 |
| 24700 | 2449 | 3401 | 3843 | 4271 | 4698 | 5106 |
| 24750 | 2452 | 3405 | 3847 | 4275 | 4702 | 5111 |
| 24800 | 2456 | 3409 | 3851 | 4279 | 4707 | 5116 |
| 24850 | 2459 | 3413 | 3855 | 4283 | 4712 | 5121 |
| 24900 | 2462 | 3417 | 3859 | 4287 | 4716 | 5127 |
| 24950 | 2466 | 3421 | 3863 | 4292 | 4721 | 5132 |
| 25000 | 2469 | 3425 | 3867 | 4296 | 4726 | 5137 |
| 25050 | 2472 | 3430 | 3872 | 4300 | 4730 | 5142 |
| 25100 | 2476 | 3434 | 3876 | 4304 | 4735 | 5147 |
| 25150 | 2479 | 3438 | 3880 | 4309 | 4739 | 5152 |
| 25200 | 2482 | 3442 | 3884 | 4313 | 4744 | 5157 |
| 25250 | 2486 | 3446 | 3888 | 4317 | 4749 | 5162 |
| 25300 | 2489 | 3450 | 3892 | 4321 | 4753 | 5167 |
| 25350 | 2492 | 3454 | 3896 | 4325 | 4758 | 5172 |
| 25400 | 2496 | 3458 | 3900 | 4330 | 4763 | 5177 |
| 25450 | 2499 | 3462 | 3904 | 4334 | 4767 | 5182 |
| 25500 | 2502 | 3467 | 3908 | 4338 | 4772 | 5187 |
| 25550 | 2506 | 3471 | 3913 | 4342 | 4777 | 5192 |
| 25600 | 2509 | 3475 | 3917 | 4347 | 4781 | 5197 |
| 25650 | 2512 | 3479 | 3921 | 4351 | 4786 | 5202 |
| 25700 | 2515 | 3483 | 3925 | 4355 | 4790 | 5207 |
| 25750 | 2519 | 3487 | 3929 | 4359 | 4795 | 5212 |
| 25800 | 2522 | 3491 | 3933 | 4363 | 4800 | 5217 |
| 25850 | 2525 | 3495 | 3937 | 4368 | 4804 | 5222 |
| 25900 | 2529 | 3499 | 3941 | 4372 | 4809 | 5227 |
| 25950 | 2532 | 3503 | 3945 | 4376 | 4814 | 5232 |
| 26000 | 2535 | 3508 | 3949 | 4380 | 4818 | 5238 |
| 26050 | 2539 | 3512 | 3954 | 4385 | 4823 | 5243 |
| 26100 | 2542 | 3516 | 3958 | 4389 | 4828 | 5248 |
| 26150 | 2545 | 3520 | 3962 | 4393 | 4832 | 5253 |
| 26200 | 2549 | 3524 | 3966 | 4397 | 4837 | 5258 |
| 26250 | 2552 | 3528 | 3970 | 4401 | 4842 | 5263 |
| 26300 | 2555 | 3532 | 3974 | 4406 | 4846 | 5268 |
| 26350 | 2559 | 3536 | 3978 | 4410 | 4851 | 5273 |
| 26400 | 2562 | 3540 | 3982 | 4414 | 4855 | 5278 |
| 26450 | 2565 | 3545 | 3986 | 4418 | 4860 | 5283 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 26500 | 2569 | 3549 | 3990 | 4423 | 4865 | 5288 |
| 26550 | 2572 | 3553 | 3994 | 4427 | 4869 | 5293 |
| 26600 | 2575 | 3557 | 3999 | 4431 | 4874 | 5298 |
| 26650 | 2579 | 3561 | 4003 | 4435 | 4879 | 5303 |
| 26700 | 2582 | 3565 | 4007 | 4439 | 4883 | 5308 |
| 26750 | 2585 | 3569 | 4011 | 4444 | 4888 | 5313 |
| 26800 | 2588 | 3573 | 4015 | 4448 | 4893 | 5318 |
| 26850 | 2592 | 3577 | 4019 | 4452 | 4897 | 5323 |
| 26900 | 2595 | 3581 | 4023 | 4456 | 4902 | 5328 |
| 26950 | 2598 | 3586 | 4027 | 4460 | 4907 | 5333 |
| 27000 | 2602 | 3590 | 4031 | 4465 | 4911 | 5338 |
| 27050 | 2605 | 3594 | 4035 | 4469 | 4916 | 5343 |
| 27100 | 2608 | 3598 | 4040 | 4473 | 4920 | 5349 |
| 27150 | 2612 | 3602 | 4044 | 4477 | 4925 | 5354 |
| 27200 | 2615 | 3606 | 4048 | 4482 | 4930 | 5359 |
| 27250 | 2618 | 3610 | 4052 | 4486 | 4934 | 5364 |
| 27300 | 2622 | 3614 | 4056 | 4490 | 4939 | 5369 |
| 27350 | 2625 | 3618 | 4060 | 4494 | 4944 | 5374 |
| 27400 | 2628 | 3623 | 4064 | 4498 | 4948 | 5379 |
| 27450 | 2632 | 3627 | 4068 | 4503 | 4953 | 5384 |
| 27500 | 2635 | 3631 | 4072 | 4507 | 4958 | 5389 |
| 27550 | 2638 | 3635 | 4076 | 4511 | 4962 | 5394 |
| 27600 | 2642 | 3639 | 4081 | 4515 | 4967 | 5399 |
| 27650 | 2645 | 3643 | 4085 | 4520 | 4972 | 5404 |
| 27700 | 2648 | 3647 | 4089 | 4524 | 4976 | 5409 |
| 27750 | 2651 | 3651 | 4093 | 4528 | 4981 | 5414 |
| 27800 | 2655 | 3655 | 4097 | 4532 | 4985 | 5419 |
| 27850 | 2658 | 3659 | 4101 | 4536 | 4990 | 5424 |
| 27900 | 2661 | 3664 | 4105 | 4541 | 4995 | 5429 |
| 27950 | 2665 | 3668 | 4109 | 4545 | 4999 | 5434 |
| 28000 | 2668 | 3672 | 4113 | 4549 | 5004 | 5439 |
| 28050 | 2671 | 3676 | 4117 | 4553 | 5009 | 5444 |
| 28100 | 2675 | 3680 | 4121 | 4558 | 5013 | 5449 |
| 28150 | 2678 | 3684 | 4126 | 4562 | 5018 | 5454 |
| 28200 | 2681 | 3688 | 4130 | 4566 | 5023 | 5460 |
| 28250 | 2685 | 3692 | 4134 | 4570 | 5027 | 5465 |
| 28300 | 2688 | 3696 | 4138 | 4574 | 5032 | 5470 |
| 28350 | 2691 | 3701 | 4142 | 4579 | 5036 | 5475 |
| 28400 | 2695 | 3705 | 4146 | 4583 | 5041 | 5480 |
| 28450 | 2698 | 3709 | 4150 | 4587 | 5046 | 5485 |
| 28500 | 2701 | 3713 | 4154 | 4591 | 5050 | 5490 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 28550 | 2705 | 3717 | 4158 | 4595 | 5055 | 5495 |
| 28600 | 2708 | 3721 | 4162 | 4600 | 5060 | 5500 |
| 28650 | 2711 | 3725 | 4167 | 4604 | 5064 | 5505 |
| 28700 | 2715 | 3729 | 4171 | 4608 | 5069 | 5510 |
| 28750 | 2718 | 3733 | 4175 | 4612 | 5074 | 5515 |
| 28800 | 2721 | 3737 | 4179 | 4617 | 5078 | 5520 |
| 28850 | 2724 | 3742 | 4183 | 4621 | 5083 | 5525 |
| 28900 | 2728 | 3746 | 4187 | 4625 | 5088 | 5530 |
| 28950 | 2731 | 3750 | 4191 | 4629 | 5092 | 5535 |
| 29000 | 2734 | 3754 | 4195 | 4633 | 5097 | 5540 |
| 29050 | 2738 | 3758 | 4199 | 4638 | 5101 | 5545 |
| 29100 | 2741 | 3762 | 4203 | 4642 | 5106 | 5550 |
| 29150 | 2744 | 3766 | 4207 | 4646 | 5111 | 5555 |
| 29200 | 2748 | 3770 | 4212 | 4650 | 5115 | 5560 |
| 29250 | 2751 | 3774 | 4216 | 4655 | 5120 | 5565 |
| 29300 | 2754 | 3779 | 4220 | 4659 | 5125 | 5571 |
| 29350 | 2758 | 3783 | 4224 | 4663 | 5129 | 5576 |
| 29400 | 2761 | 3787 | 4228 | 4667 | 5134 | 5581 |
| 29450 | 2764 | 3791 | 4232 | 4671 | 5139 | 5586 |
| 29500 | 2768 | 3795 | 4236 | 4676 | 5143 | 5591 |
| 29550 | 2771 | 3799 | 4240 | 4680 | 5148 | 5596 |
| 29600 | 2774 | 3803 | 4244 | 4684 | 5153 | 5601 |
| 29650 | 2778 | 3807 | 4248 | 4688 | 5157 | 5606 |
| 29700 | 2781 | 3811 | 4253 | 4693 | 5162 | 5611 |
| 29750 | 2784 | 3816 | 4257 | 4697 | 5166 | 5616 |
| 29800 | 2787 | 3820 | 4261 | 4701 | 5171 | 5621 |
| 29850 | 2791 | 3824 | 4265 | 4705 | 5176 | 5626 |
| 29900 | 2794 | 3828 | 4269 | 4709 | 5180 | 5631 |
| 29950 | 2797 | 3832 | 4273 | 4714 | 5185 | 5636 |
| 30000 | 2801 | 3836 | 4277 | 4718 | 5190 | 5641 |

**--- The following schedule replaces the preceding schedule in its entirety. ---**

| Monthly Basic Child Support Schedule | | | | | | |
|---|---|---|---|---|---|---|
| Combined Monthly Net Income | One Child | Two Children | Three Children | Four Children | Five Children | Six Children |
| 1000 | 17 | 17 | 18 | 18 | 18 | 18 |
| 1050 | 62 | 63 | 64 | 64 | 65 | 66 |
| 1100 | 107 | 108 | 110 | 111 | 112 | 113 |

19

| | | | | | | |
|---|---|---|---|---|---|---|
| 1150 | 152 | 154 | 156 | 157 | 159 | 161 |
| 1200 | 197 | 199 | 202 | 204 | 206 | 208 |
| 1250 | 242 | 245 | 248 | 250 | 253 | 256 |
| 1300 | 287 | 290 | 294 | 297 | 300 | 303 |
| 1350 | 325 | 336 | 340 | 343 | 347 | 351 |
| 1400 | 336 | 381 | 386 | 390 | 394 | 398 |
| 1450 | 348 | 427 | 432 | 436 | 441 | 446 |
| 1500 | 360 | 472 | 478 | 483 | 488 | 493 |
| 1550 | 372 | 518 | 524 | 529 | 535 | 541 |
| 1600 | 383 | 555 | 570 | 576 | 582 | 588 |
| 1650 | 395 | 571 | 616 | 622 | 629 | 636 |
| 1700 | 407 | 588 | 662 | 669 | 676 | 683 |
| 1750 | 418 | 605 | 708 | 715 | 723 | 731 |
| 1800 | 430 | 621 | 730 | 762 | 770 | 778 |
| 1850 | 441 | 638 | 748 | 808 | 817 | 826 |
| 1900 | 452 | 654 | 767 | 855 | 864 | 873 |
| 1950 | 464 | 670 | 786 | 878 | 911 | 921 |
| 2000 | 475 | 686 | 805 | 899 | 958 | 968 |
| 2050 | 487 | 703 | 824 | 920 | 1005 | 1016 |
| 2100 | 498 | 719 | 843 | 941 | 1035 | 1063 |
| 2150 | 509 | 735 | 861 | 962 | 1058 | 1111 |
| 2200 | 521 | 751 | 880 | 983 | 1081 | 1158 |
| 2250 | 532 | 768 | 899 | 1004 | 1105 | 1201 |
| 2300 | 543 | 784 | 918 | 1025 | 1128 | 1226 |
| 2350 | 555 | 800 | 937 | 1046 | 1151 | 1251 |
| 2400 | 566 | 816 | 956 | 1067 | 1174 | 1276 |
| 2450 | 578 | 832 | 974 | 1088 | 1197 | 1301 |
| 2500 | 589 | 849 | 993 | 1109 | 1220 | 1326 |
| 2550 | 600 | 865 | 1012 | 1131 | 1244 | 1352 |
| 2600 | 612 | 882 | 1032 | 1153 | 1268 | 1378 |
| 2650 | 623 | 898 | 1052 | 1175 | 1292 | 1404 |
| 2700 | 635 | 915 | 1071 | 1197 | 1316 | 1431 |
| 2750 | 647 | 932 | 1091 | 1218 | 1340 | 1457 |
| 2800 | 658 | 949 | 1111 | 1240 | 1364 | 1483 |
| 2850 | 670 | 965 | 1130 | 1262 | 1389 | 1509 |
| 2900 | 681 | 982 | 1150 | 1284 | 1413 | 1536 |
| 2950 | 693 | 999 | 1169 | 1306 | 1437 | 1562 |
| 3000 | 704 | 1015 | 1189 | 1328 | 1461 | 1588 |
| 3050 | 716 | 1032 | 1209 | 1350 | 1485 | 1614 |
| 3100 | 727 | 1049 | 1228 | 1372 | 1509 | 1641 |
| 3150 | 739 | 1065 | 1248 | 1394 | 1534 | 1667 |

| | | | | | |
|------|------|------|------|------|------|------|
| 3200 | 751 | 1082 | 1268 | 1416 | 1558 | 1693 |
| 3250 | 762 | 1099 | 1287 | 1438 | 1582 | 1719 |
| 3300 | 774 | 1115 | 1307 | 1460 | 1606 | 1745 |
| 3350 | 782 | 1127 | 1320 | 1475 | 1622 | 1763 |
| 3400 | 791 | 1140 | 1333 | 1489 | 1638 | 1781 |
| 3450 | 800 | 1152 | 1347 | 1504 | 1655 | 1799 |
| 3500 | 809 | 1164 | 1360 | 1519 | 1671 | 1817 |
| 3550 | 818 | 1176 | 1373 | 1534 | 1687 | 1834 |
| 3600 | 827 | 1188 | 1387 | 1549 | 1704 | 1852 |
| 3650 | 836 | 1200 | 1400 | 1564 | 1720 | 1870 |
| 3700 | 845 | 1212 | 1413 | 1579 | 1737 | 1888 |
| 3750 | 853 | 1224 | 1427 | 1594 | 1753 | 1905 |
| 3800 | 862 | 1236 | 1440 | 1608 | 1769 | 1923 |
| 3850 | 868 | 1245 | 1450 | 1620 | 1782 | 1937 |
| 3900 | 873 | 1253 | 1460 | 1630 | 1793 | 1949 |
| 3950 | 879 | 1261 | 1469 | 1641 | 1805 | 1962 |
| 4000 | 884 | 1269 | 1479 | 1652 | 1817 | 1975 |
| 4050 | 890 | 1277 | 1488 | 1662 | 1829 | 1988 |
| 4100 | 895 | 1285 | 1498 | 1673 | 1840 | 2001 |
| 4150 | 900 | 1293 | 1508 | 1684 | 1852 | 2013 |
| 4200 | 906 | 1301 | 1517 | 1695 | 1864 | 2026 |
| 4250 | 911 | 1309 | 1527 | 1705 | 1876 | 2039 |
| 4300 | 917 | 1317 | 1536 | 1716 | 1888 | 2052 |
| 4350 | 922 | 1325 | 1545 | 1726 | 1899 | 2064 |
| 4400 | 928 | 1333 | 1555 | 1736 | 1910 | 2076 |
| 4450 | 934 | 1341 | 1564 | 1747 | 1921 | 2088 |
| 4500 | 940 | 1349 | 1573 | 1757 | 1932 | 2100 |
| 4550 | 946 | 1357 | 1582 | 1767 | 1943 | 2113 |
| 4600 | 952 | 1365 | 1591 | 1777 | 1955 | 2125 |
| 4650 | 957 | 1373 | 1600 | 1787 | 1966 | 2137 |
| 4700 | 963 | 1381 | 1609 | 1797 | 1977 | 2149 |
| 4750 | 969 | 1389 | 1618 | 1807 | 1988 | 2161 |
| 4800 | 975 | 1397 | 1627 | 1817 | 1999 | 2173 |
| 4850 | 979 | 1403 | 1633 | 1824 | 2006 | 2181 |
| 4900 | 983 | 1407 | 1637 | 1828 | 2011 | 2186 |
| 4950 | 986 | 1411 | 1641 | 1833 | 2016 | 2191 |
| 5000 | 990 | 1415 | 1644 | 1837 | 2020 | 2196 |
| 5050 | 993 | 1419 | 1648 | 1841 | 2025 | 2201 |
| 5100 | 996 | 1423 | 1652 | 1845 | 2030 | 2206 |
| 5150 | 1000 | 1427 | 1656 | 1850 | 2034 | 2211 |
| 5200 | 1003 | 1431 | 1660 | 1854 | 2039 | 2217 |

| 5250 | 1007 | 1436 | 1663 | 1858 | 2044 | 2222 |
|------|------|------|------|------|------|------|
| 5300 | 1010 | 1440 | 1667 | 1862 | 2049 | 2227 |
| 5350 | 1014 | 1445 | 1672 | 1868 | 2055 | 2234 |
| 5400 | 1018 | 1451 | 1679 | 1876 | 2063 | 2243 |
| 5450 | 1022 | 1457 | 1686 | 1883 | 2072 | 2252 |
| 5500 | 1027 | 1463 | 1693 | 1891 | 2080 | 2261 |
| 5550 | 1031 | 1469 | 1700 | 1899 | 2089 | 2270 |
| 5600 | 1036 | 1475 | 1707 | 1906 | 2097 | 2279 |
| 5650 | 1040 | 1481 | 1714 | 1914 | 2105 | 2289 |
| 5700 | 1044 | 1487 | 1720 | 1922 | 2114 | 2298 |
| 5750 | 1049 | 1493 | 1727 | 1929 | 2122 | 2307 |
| 5800 | 1053 | 1499 | 1734 | 1937 | 2131 | 2316 |
| 5850 | 1057 | 1505 | 1741 | 1945 | 2139 | 2325 |
| 5900 | 1062 | 1511 | 1748 | 1952 | 2148 | 2334 |
| 5950 | 1066 | 1517 | 1755 | 1960 | 2156 | 2343 |
| 6000 | 1071 | 1523 | 1761 | 1968 | 2164 | 2353 |
| 6050 | 1075 | 1529 | 1768 | 1975 | 2173 | 2362 |
| 6100 | 1079 | 1536 | 1775 | 1983 | 2181 | 2371 |
| 6150 | 1085 | 1542 | 1783 | 1992 | 2191 | 2381 |
| 6200 | 1090 | 1549 | 1791 | 2000 | 2200 | 2392 |
| 6250 | 1095 | 1556 | 1798 | 2009 | 2210 | 2402 |
| 6300 | 1100 | 1563 | 1806 | 2017 | 2219 | 2412 |
| 6350 | 1105 | 1570 | 1814 | 2026 | 2228 | 2422 |
| 6400 | 1110 | 1577 | 1821 | 2034 | 2238 | 2432 |
| 6450 | 1115 | 1584 | 1829 | 2043 | 2247 | 2443 |
| 6500 | 1120 | 1591 | 1836 | 2051 | 2256 | 2453 |
| 6550 | 1125 | 1598 | 1844 | 2060 | 2266 | 2463 |
| 6600 | 1130 | 1605 | 1852 | 2068 | 2275 | 2473 |
| 6650 | 1135 | 1612 | 1859 | 2077 | 2285 | 2483 |
| 6700 | 1140 | 1619 | 1867 | 2085 | 2294 | 2494 |
| 6750 | 1145 | 1625 | 1875 | 2094 | 2303 | 2504 |
| 6800 | 1151 | 1632 | 1882 | 2103 | 2313 | 2514 |
| 6850 | 1156 | 1639 | 1890 | 2111 | 2322 | 2524 |
| 6900 | 1160 | 1646 | 1898 | 2120 | 2332 | 2535 |
| 6950 | 1165 | 1653 | 1906 | 2129 | 2342 | 2546 |
| 7000 | 1170 | 1660 | 1914 | 2138 | 2352 | 2556 |
| 7050 | 1175 | 1667 | 1922 | 2147 | 2361 | 2567 |
| 7100 | 1180 | 1674 | 1930 | 2156 | 2371 | 2578 |
| 7150 | 1185 | 1681 | 1938 | 2165 | 2381 | 2588 |
| 7200 | 1190 | 1687 | 1946 | 2173 | 2391 | 2599 |
| 7250 | 1195 | 1694 | 1954 | 2182 | 2401 | 2609 |

| | | | | | | |
|------|------|------|------|------|------|------|
| 7300 | 1199 | 1701 | 1962 | 2191 | 2410 | 2620 |
| 7350 | 1204 | 1708 | 1970 | 2200 | 2420 | 2631 |
| 7400 | 1209 | 1715 | 1978 | 2209 | 2430 | 2641 |
| 7450 | 1214 | 1722 | 1986 | 2218 | 2440 | 2652 |
| 7500 | 1219 | 1729 | 1994 | 2227 | 2450 | 2663 |
| 7550 | 1224 | 1736 | 2002 | 2236 | 2459 | 2673 |
| 7600 | 1229 | 1743 | 2010 | 2245 | 2469 | 2684 |
| 7650 | 1233 | 1749 | 2017 | 2253 | 2478 | 2694 |
| 7700 | 1238 | 1756 | 2024 | 2261 | 2487 | 2704 |
| 7750 | 1243 | 1762 | 2032 | 2269 | 2496 | 2714 |
| 7800 | 1248 | 1769 | 2039 | 2278 | 2505 | 2723 |
| 7850 | 1253 | 1776 | 2046 | 2286 | 2514 | 2733 |
| 7900 | 1257 | 1782 | 2054 | 2294 | 2523 | 2743 |
| 7950 | 1262 | 1789 | 2061 | 2302 | 2532 | 2753 |
| 8000 | 1267 | 1795 | 2068 | 2310 | 2541 | 2762 |
| 8050 | 1272 | 1802 | 2076 | 2319 | 2550 | 2772 |
| 8100 | 1276 | 1808 | 2083 | 2327 | 2559 | 2782 |
| 8150 | 1281 | 1815 | 2090 | 2335 | 2568 | 2792 |
| 8200 | 1286 | 1822 | 2098 | 2343 | 2577 | 2802 |
| 8250 | 1291 | 1828 | 2105 | 2351 | 2586 | 2811 |
| 8300 | 1296 | 1835 | 2112 | 2359 | 2595 | 2821 |
| 8350 | 1300 | 1841 | 2120 | 2368 | 2604 | 2831 |
| 8400 | 1305 | 1848 | 2127 | 2376 | 2613 | 2841 |
| 8450 | 1310 | 1854 | 2134 | 2384 | 2622 | 2850 |
| 8500 | 1315 | 1861 | 2142 | 2392 | 2631 | 2860 |
| 8550 | 1320 | 1868 | 2149 | 2400 | 2640 | 2870 |
| 8600 | 1324 | 1874 | 2156 | 2408 | 2649 | 2880 |
| 8650 | 1329 | 1881 | 2164 | 2417 | 2659 | 2890 |
| 8700 | 1334 | 1888 | 2172 | 2426 | 2669 | 2901 |
| 8750 | 1339 | 1895 | 2181 | 2436 | 2679 | 2912 |
| 8800 | 1344 | 1902 | 2189 | 2445 | 2689 | 2923 |
| 8850 | 1349 | 1909 | 2197 | 2454 | 2699 | 2934 |
| 8900 | 1353 | 1916 | 2205 | 2463 | 2710 | 2945 |
| 8950 | 1358 | 1923 | 2214 | 2473 | 2720 | 2956 |
| 9000 | 1363 | 1930 | 2222 | 2482 | 2730 | 2967 |
| 9050 | 1368 | 1937 | 2230 | 2491 | 2740 | 2978 |
| 9100 | 1373 | 1944 | 2238 | 2500 | 2750 | 2990 |
| 9150 | 1378 | 1951 | 2247 | 2509 | 2760 | 3001 |
| 9200 | 1383 | 1958 | 2255 | 2519 | 2771 | 3012 |
| 9250 | 1387 | 1965 | 2263 | 2528 | 2781 | 3023 |
| 9300 | 1392 | 1972 | 2271 | 2537 | 2791 | 3034 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9350 | 1397 | 1979 | 2280 | 2546 | 2801 | 3045 |
| 9400 | 1402 | 1986 | 2288 | 2556 | 2811 | 3056 |
| 9450 | 1407 | 1993 | 2296 | 2565 | 2821 | 3067 |
| 9500 | 1412 | 2000 | 2304 | 2574 | 2831 | 3078 |
| 9550 | 1417 | 2007 | 2313 | 2583 | 2842 | 3089 |
| 9600 | 1421 | 2014 | 2321 | 2593 | 2852 | 3100 |
| 9650 | 1426 | 2020 | 2328 | 2601 | 2861 | 3110 |
| 9700 | 1428 | 2024 | 2332 | 2605 | 2866 | 3115 |
| 9750 | 1431 | 2027 | 2336 | 2609 | 2870 | 3120 |
| 9800 | 1433 | 2031 | 2340 | 2614 | 2875 | 3125 |
| 9850 | 1436 | 2034 | 2344 | 2618 | 2880 | 3130 |
| 9900 | 1438 | 2038 | 2347 | 2622 | 2884 | 3135 |
| 9950 | 1441 | 2041 | 2351 | 2626 | 2889 | 3140 |
| 10000 | 1443 | 2044 | 2355 | 2630 | 2894 | 3145 |
| 10050 | 1445 | 2048 | 2359 | 2635 | 2898 | 3150 |
| 10100 | 1448 | 2051 | 2363 | 2639 | 2903 | 3155 |
| 10150 | 1450 | 2055 | 2366 | 2643 | 2908 | 3160 |
| 10200 | 1453 | 2058 | 2370 | 2647 | 2912 | 3166 |
| 10250 | 1455 | 2061 | 2374 | 2652 | 2917 | 3171 |
| 10300 | 1458 | 2065 | 2378 | 2656 | 2922 | 3176 |
| 10350 | 1460 | 2068 | 2382 | 2660 | 2926 | 3181 |
| 10400 | 1463 | 2072 | 2385 | 2664 | 2931 | 3186 |
| 10450 | 1465 | 2075 | 2389 | 2669 | 2936 | 3191 |
| 10500 | 1468 | 2079 | 2393 | 2673 | 2940 | 3196 |
| 10550 | 1470 | 2082 | 2397 | 2677 | 2945 | 3201 |
| 10600 | 1473 | 2085 | 2401 | 2681 | 2950 | 3206 |
| 10650 | 1475 | 2089 | 2404 | 2686 | 2954 | 3211 |
| 10700 | 1479 | 2094 | 2410 | 2692 | 2961 | 3219 |
| 10750 | 1483 | 2100 | 2416 | 2699 | 2969 | 3227 |
| 10800 | 1487 | 2105 | 2422 | 2706 | 2976 | 3235 |
| 10850 | 1491 | 2111 | 2428 | 2713 | 2984 | 3243 |
| 10900 | 1495 | 2116 | 2434 | 2719 | 2991 | 3251 |
| 10950 | 1499 | 2122 | 2441 | 2726 | 2999 | 3260 |
| 11000 | 1504 | 2127 | 2447 | 2733 | 3006 | 3268 |
| 11050 | 1508 | 2133 | 2453 | 2740 | 3014 | 3276 |
| 11100 | 1512 | 2138 | 2459 | 2746 | 3021 | 3284 |
| 11150 | 1516 | 2144 | 2465 | 2753 | 3029 | 3292 |
| 11200 | 1520 | 2149 | 2471 | 2760 | 3036 | 3300 |
| 11250 | 1524 | 2155 | 2477 | 2767 | 3043 | 3308 |
| 11300 | 1528 | 2160 | 2483 | 2774 | 3051 | 3316 |
| 11350 | 1532 | 2166 | 2489 | 2780 | 3058 | 3324 |

| 11400 | 1536 | 2171 | 2495 | 2787 | 3066 | 3333 |
|-------|------|------|------|------|------|------|
| 11450 | 1540 | 2177 | 2501 | 2794 | 3073 | 3341 |
| 11500 | 1545 | 2182 | 2507 | 2801 | 3081 | 3349 |
| 11550 | 1549 | 2188 | 2513 | 2808 | 3088 | 3357 |
| 11600 | 1553 | 2193 | 2520 | 2814 | 3096 | 3365 |
| 11650 | 1557 | 2199 | 2526 | 2821 | 3103 | 3373 |
| 11700 | 1561 | 2204 | 2532 | 2828 | 3111 | 3381 |
| 11750 | 1565 | 2210 | 2538 | 2835 | 3118 | 3389 |
| 11800 | 1569 | 2215 | 2544 | 2841 | 3126 | 3398 |
| 11850 | 1573 | 2221 | 2550 | 2848 | 3133 | 3406 |
| 11900 | 1577 | 2226 | 2556 | 2855 | 3141 | 3414 |
| 11950 | 1582 | 2232 | 2563 | 2863 | 3149 | 3423 |
| 12000 | 1586 | 2239 | 2570 | 2871 | 3158 | 3433 |
| 12050 | 1591 | 2245 | 2577 | 2879 | 3167 | 3442 |
| 12100 | 1595 | 2251 | 2585 | 2887 | 3176 | 3452 |
| 12150 | 1600 | 2258 | 2592 | 2895 | 3185 | 3462 |
| 12200 | 1604 | 2264 | 2600 | 2904 | 3194 | 3472 |
| 12250 | 1609 | 2271 | 2607 | 2912 | 3203 | 3482 |
| 12300 | 1613 | 2277 | 2614 | 2920 | 3212 | 3492 |
| 12350 | 1618 | 2283 | 2622 | 2928 | 3221 | 3501 |
| 12400 | 1622 | 2290 | 2629 | 2937 | 3230 | 3511 |
| 12450 | 1627 | 2296 | 2636 | 2945 | 3239 | 3521 |
| 12500 | 1631 | 2303 | 2644 | 2953 | 3248 | 3531 |
| 12550 | 1636 | 2309 | 2651 | 2961 | 3257 | 3541 |
| 12600 | 1640 | 2316 | 2658 | 2969 | 3266 | 3551 |
| 12650 | 1645 | 2322 | 2666 | 2978 | 3275 | 3560 |
| 12700 | 1649 | 2328 | 2673 | 2986 | 3285 | 3570 |
| 12750 | 1654 | 2335 | 2681 | 2994 | 3294 | 3580 |
| 12800 | 1659 | 2341 | 2688 | 3002 | 3303 | 3590 |
| 12850 | 1663 | 2348 | 2695 | 3011 | 3312 | 3600 |
| 12900 | 1668 | 2354 | 2703 | 3019 | 3321 | 3610 |
| 12950 | 1672 | 2360 | 2710 | 3027 | 3330 | 3619 |
| 13000 | 1677 | 2367 | 2717 | 3035 | 3339 | 3629 |
| 13050 | 1681 | 2373 | 2725 | 3044 | 3348 | 3639 |
| 13100 | 1686 | 2380 | 2732 | 3052 | 3357 | 3649 |
| 13150 | 1690 | 2386 | 2739 | 3060 | 3366 | 3659 |
| 13200 | 1695 | 2392 | 2747 | 3068 | 3375 | 3669 |
| 13250 | 1699 | 2399 | 2754 | 3076 | 3384 | 3678 |
| 13300 | 1704 | 2405 | 2762 | 3085 | 3393 | 3688 |
| 13350 | 1708 | 2412 | 2769 | 3093 | 3402 | 3698 |
| 13400 | 1713 | 2418 | 2776 | 3101 | 3411 | 3708 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13450 | 1717 | 2424 | 2784 | 3109 | 3420 | 3718 |
| 13500 | 1722 | 2431 | 2791 | 3118 | 3429 | 3728 |
| 13550 | 1726 | 2437 | 2798 | 3126 | 3438 | 3737 |
| 13600 | 1731 | 2444 | 2806 | 3134 | 3447 | 3747 |
| 13650 | 1735 | 2450 | 2813 | 3142 | 3456 | 3757 |
| 13700 | 1740 | 2457 | 2820 | 3150 | 3465 | 3767 |
| 13750 | 1745 | 2463 | 2828 | 3159 | 3475 | 3777 |
| 13800 | 1749 | 2469 | 2835 | 3167 | 3484 | 3787 |
| 13850 | 1754 | 2476 | 2843 | 3175 | 3493 | 3797 |
| 13900 | 1758 | 2482 | 2850 | 3183 | 3502 | 3806 |
| 13950 | 1763 | 2489 | 2857 | 3192 | 3511 | 3816 |
| 14000 | 1766 | 2493 | 2863 | 3198 | 3517 | 3823 |
| 14050 | 1770 | 2498 | 2868 | 3203 | 3524 | 3830 |
| 14100 | 1773 | 2503 | 2873 | 3209 | 3530 | 3837 |
| 14150 | 1776 | 2507 | 2878 | 3215 | 3536 | 3844 |
| 14200 | 1780 | 2512 | 2883 | 3221 | 3543 | 3851 |
| 14250 | 1783 | 2517 | 2889 | 3227 | 3549 | 3858 |
| 14300 | 1786 | 2521 | 2894 | 3232 | 3556 | 3865 |
| 14350 | 1790 | 2526 | 2899 | 3238 | 3562 | 3872 |
| 14400 | 1793 | 2531 | 2904 | 3244 | 3568 | 3879 |
| 14450 | 1797 | 2535 | 2909 | 3250 | 3575 | 3886 |
| 14500 | 1800 | 2540 | 2915 | 3256 | 3581 | 3893 |
| 14550 | 1803 | 2545 | 2920 | 3261 | 3588 | 3900 |
| 14600 | 1807 | 2549 | 2925 | 3267 | 3594 | 3907 |
| 14650 | 1810 | 2554 | 2930 | 3273 | 3600 | 3914 |
| 14700 | 1814 | 2558 | 2935 | 3279 | 3607 | 3921 |
| 14750 | 1817 | 2563 | 2941 | 3285 | 3613 | 3927 |
| 14800 | 1820 | 2568 | 2946 | 3290 | 3620 | 3934 |
| 14850 | 1824 | 2572 | 2951 | 3296 | 3626 | 3941 |
| 14900 | 1827 | 2577 | 2956 | 3302 | 3632 | 3948 |
| 14950 | 1830 | 2582 | 2961 | 3308 | 3639 | 3955 |
| 15000 | 1834 | 2586 | 2967 | 3314 | 3645 | 3962 |
| 15050 | 1837 | 2591 | 2972 | 3320 | 3651 | 3969 |
| 15100 | 1841 | 2596 | 2977 | 3325 | 3658 | 3976 |
| 15150 | 1844 | 2600 | 2982 | 3331 | 3664 | 3983 |
| 15200 | 1847 | 2605 | 2987 | 3337 | 3671 | 3990 |
| 15250 | 1851 | 2610 | 2993 | 3343 | 3677 | 3997 |
| 15300 | 1854 | 2614 | 2998 | 3349 | 3683 | 4004 |
| 15350 | 1858 | 2619 | 3003 | 3354 | 3690 | 4011 |
| 15400 | 1861 | 2624 | 3008 | 3360 | 3696 | 4018 |
| 15450 | 1864 | 2628 | 3013 | 3366 | 3703 | 4025 |

| 15500 | 1868 | 2633 | 3019 | 3372 | 3709 | 4032 |
|---|---|---|---|---|---|---|
| 15550 | 1871 | 2638 | 3024 | 3378 | 3715 | 4039 |
| 15600 | 1874 | 2642 | 3029 | 3383 | 3722 | 4046 |
| 15650 | 1878 | 2647 | 3034 | 3389 | 3728 | 4053 |
| 15700 | 1881 | 2652 | 3039 | 3395 | 3735 | 4059 |
| 15750 | 1885 | 2656 | 3045 | 3401 | 3741 | 4066 |
| 15800 | 1888 | 2661 | 3050 | 3407 | 3747 | 4073 |
| 15850 | 1891 | 2666 | 3055 | 3412 | 3754 | 4080 |
| 15900 | 1895 | 2670 | 3060 | 3418 | 3760 | 4087 |
| 15950 | 1898 | 2675 | 3065 | 3424 | 3767 | 4094 |
| 16000 | 1902 | 2679 | 3071 | 3430 | 3773 | 4101 |
| 16050 | 1905 | 2684 | 3076 | 3436 | 3779 | 4108 |
| 16100 | 1908 | 2689 | 3081 | 3442 | 3786 | 4115 |
| 16150 | 1912 | 2693 | 3086 | 3447 | 3792 | 4122 |
| 16200 | 1915 | 2698 | 3091 | 3453 | 3798 | 4129 |
| 16250 | 1918 | 2703 | 3097 | 3459 | 3805 | 4136 |
| 16300 | 1922 | 2707 | 3102 | 3465 | 3811 | 4143 |
| 16350 | 1925 | 2712 | 3107 | 3471 | 3818 | 4150 |
| 16400 | 1929 | 2717 | 3112 | 3476 | 3824 | 4157 |
| 16450 | 1932 | 2721 | 3117 | 3482 | 3830 | 4164 |
| 16500 | 1935 | 2726 | 3123 | 3488 | 3837 | 4171 |
| 16550 | 1939 | 2731 | 3128 | 3494 | 3843 | 4178 |
| 16600 | 1942 | 2735 | 3133 | 3500 | 3850 | 4184 |
| 16650 | 1946 | 2740 | 3138 | 3505 | 3856 | 4191 |
| 16700 | 1949 | 2745 | 3143 | 3511 | 3862 | 4198 |
| 16750 | 1952 | 2749 | 3149 | 3517 | 3869 | 4205 |
| 16800 | 1956 | 2754 | 3154 | 3523 | 3875 | 4212 |
| 16850 | 1959 | 2759 | 3159 | 3529 | 3882 | 4219 |
| 16900 | 1963 | 2763 | 3164 | 3534 | 3888 | 4226 |
| 16950 | 1966 | 2768 | 3169 | 3540 | 3894 | 4233 |
| 17000 | 1969 | 2773 | 3175 | 3546 | 3901 | 4240 |
| 17050 | 1973 | 2777 | 3180 | 3552 | 3907 | 4247 |
| 17100 | 1976 | 2782 | 3185 | 3558 | 3913 | 4254 |
| 17150 | 1979 | 2787 | 3190 | 3564 | 3920 | 4261 |
| 17200 | 1983 | 2791 | 3195 | 3569 | 3926 | 4268 |
| 17250 | 1986 | 2796 | 3201 | 3575 | 3933 | 4275 |
| 17300 | 1990 | 2801 | 3206 | 3581 | 3939 | 4282 |
| 17350 | 1993 | 2805 | 3211 | 3587 | 3945 | 4289 |
| 17400 | 1996 | 2810 | 3216 | 3593 | 3952 | 4296 |
| 17450 | 2000 | 2814 | 3221 | 3598 | 3958 | 4303 |
| 17500 | 2003 | 2819 | 3227 | 3604 | 3965 | 4310 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17550 | 2007 | 2824 | 3232 | 3610 | 3971 | 4316 |
| 17600 | 2010 | 2828 | 3237 | 3616 | 3977 | 4323 |
| 17650 | 2013 | 2833 | 3242 | 3622 | 3984 | 4330 |
| 17700 | 2017 | 2838 | 3247 | 3627 | 3990 | 4337 |
| 17750 | 2020 | 2842 | 3253 | 3633 | 3997 | 4344 |
| 17800 | 2023 | 2847 | 3258 | 3639 | 4003 | 4351 |
| 17850 | 2027 | 2852 | 3263 | 3645 | 4009 | 4358 |
| 17900 | 2030 | 2856 | 3268 | 3651 | 4016 | 4365 |
| 17950 | 2034 | 2861 | 3273 | 3656 | 4022 | 4372 |
| 18000 | 2037 | 2866 | 3279 | 3662 | 4028 | 4379 |
| 18050 | 2040 | 2870 | 3284 | 3668 | 4035 | 4386 |
| 18100 | 2044 | 2875 | 3289 | 3674 | 4041 | 4393 |
| 18150 | 2047 | 2880 | 3294 | 3680 | 4048 | 4400 |
| 18200 | 2051 | 2884 | 3299 | 3685 | 4054 | 4407 |
| 18250 | 2054 | 2889 | 3305 | 3691 | 4060 | 4414 |
| 18300 | 2057 | 2894 | 3310 | 3697 | 4067 | 4421 |
| 18350 | 2061 | 2898 | 3315 | 3703 | 4073 | 4428 |
| 18400 | 2064 | 2903 | 3320 | 3709 | 4080 | 4435 |
| 18450 | 2067 | 2908 | 3325 | 3715 | 4086 | 4441 |
| 18500 | 2071 | 2912 | 3331 | 3720 | 4092 | 4448 |
| 18550 | 2074 | 2917 | 3336 | 3726 | 4099 | 4455 |
| 18600 | 2078 | 2922 | 3341 | 3732 | 4105 | 4462 |
| 18650 | 2081 | 2926 | 3346 | 3738 | 4112 | 4469 |
| 18700 | 2084 | 2931 | 3351 | 3744 | 4118 | 4476 |
| 18750 | 2088 | 2935 | 3357 | 3749 | 4124 | 4483 |
| 18800 | 2091 | 2940 | 3362 | 3755 | 4131 | 4490 |
| 18850 | 2095 | 2945 | 3367 | 3761 | 4137 | 4497 |
| 18900 | 2098 | 2949 | 3372 | 3767 | 4143 | 4504 |
| 18950 | 2101 | 2954 | 3377 | 3773 | 4150 | 4511 |
| 19000 | 2105 | 2959 | 3383 | 3778 | 4156 | 4518 |
| 19050 | 2108 | 2963 | 3388 | 3784 | 4163 | 4525 |
| 19100 | 2112 | 2968 | 3393 | 3790 | 4169 | 4532 |
| 19150 | 2115 | 2973 | 3398 | 3796 | 4175 | 4539 |
| 19200 | 2118 | 2977 | 3403 | 3802 | 4182 | 4546 |
| 19250 | 2122 | 2982 | 3409 | 3807 | 4188 | 4553 |
| 19300 | 2125 | 2987 | 3414 | 3813 | 4195 | 4560 |
| 19350 | 2128 | 2991 | 3419 | 3819 | 4201 | 4566 |
| 19400 | 2132 | 2996 | 3424 | 3825 | 4207 | 4573 |
| 19450 | 2135 | 3001 | 3429 | 3831 | 4214 | 4580 |
| 19500 | 2139 | 3005 | 3435 | 3837 | 4220 | 4587 |
| 19550 | 2142 | 3010 | 3440 | 3842 | 4227 | 4594 |

| | | | | | |
|---|---|---|---|---|---|
| 19600 | 2145 | 3015 | 3445 | 3848 | 4233 | 4601 |
| 19650 | 2149 | 3019 | 3450 | 3854 | 4239 | 4608 |
| 19700 | 2152 | 3024 | 3455 | 3860 | 4246 | 4615 |
| 19750 | 2156 | 3029 | 3461 | 3866 | 4252 | 4622 |
| 19800 | 2159 | 3033 | 3466 | 3871 | 4259 | 4629 |
| 19850 | 2162 | 3038 | 3471 | 3877 | 4265 | 4636 |
| 19900 | 2166 | 3043 | 3476 | 3883 | 4271 | 4643 |
| 19950 | 2169 | 3047 | 3481 | 3889 | 4278 | 4650 |
| 20000 | 2172 | 3052 | 3487 | 3895 | 4284 | 4657 |
| 20050 | 2176 | 3056 | 3492 | 3900 | 4290 | 4664 |
| 20100 | 2179 | 3061 | 3497 | 3906 | 4297 | 4671 |
| 20150 | 2183 | 3066 | 3502 | 3912 | 4303 | 4678 |
| 20200 | 2186 | 3070 | 3507 | 3918 | 4310 | 4685 |
| 20250 | 2189 | 3075 | 3513 | 3924 | 4316 | 4692 |
| 20300 | 2193 | 3080 | 3518 | 3929 | 4322 | 4698 |
| 20350 | 2196 | 3084 | 3523 | 3935 | 4329 | 4705 |
| 20400 | 2200 | 3089 | 3528 | 3941 | 4335 | 4712 |
| 20450 | 2203 | 3094 | 3533 | 3947 | 4342 | 4719 |
| 20500 | 2206 | 3098 | 3539 | 3953 | 4348 | 4726 |
| 20550 | 2210 | 3103 | 3544 | 3959 | 4354 | 4733 |
| 20600 | 2213 | 3108 | 3549 | 3964 | 4361 | 4740 |
| 20650 | 2216 | 3112 | 3554 | 3970 | 4367 | 4747 |
| 20700 | 2220 | 3117 | 3559 | 3976 | 4374 | 4754 |
| 20750 | 2223 | 3122 | 3565 | 3982 | 4380 | 4761 |
| 20800 | 2227 | 3126 | 3570 | 3988 | 4386 | 4768 |
| 20850 | 2230 | 3131 | 3575 | 3993 | 4393 | 4775 |
| 20900 | 2233 | 3136 | 3580 | 3999 | 4399 | 4782 |
| 20950 | 2237 | 3140 | 3585 | 4005 | 4405 | 4789 |
| 21000 | 2240 | 3145 | 3591 | 4011 | 4412 | 4796 |
| 21050 | 2244 | 3150 | 3596 | 4017 | 4418 | 4803 |
| 21100 | 2247 | 3154 | 3601 | 4022 | 4425 | 4810 |
| 21150 | 2250 | 3159 | 3606 | 4028 | 4431 | 4817 |
| 21200 | 2254 | 3164 | 3611 | 4034 | 4437 | 4823 |
| 21250 | 2257 | 3168 | 3617 | 4040 | 4444 | 4830 |
| 21300 | 2261 | 3173 | 3622 | 4046 | 4450 | 4837 |
| 21350 | 2264 | 3177 | 3627 | 4051 | 4457 | 4844 |
| 21400 | 2267 | 3182 | 3632 | 4057 | 4463 | 4851 |
| 21450 | 2271 | 3187 | 3637 | 4063 | 4469 | 4858 |
| 21500 | 2274 | 3191 | 3643 | 4069 | 4476 | 4865 |
| 21550 | 2277 | 3196 | 3648 | 4075 | 4482 | 4872 |
| 21600 | 2281 | 3201 | 3653 | 4080 | 4489 | 4879 |

| 21650 | 2284 | 3205 | 3658 | 4086 | 4495 | 4886 |
|-------|------|------|------|------|------|------|
| 21700 | 2288 | 3210 | 3663 | 4092 | 4501 | 4893 |
| 21750 | 2291 | 3215 | 3669 | 4098 | 4508 | 4900 |
| 21800 | 2294 | 3219 | 3674 | 4104 | 4514 | 4907 |
| 21850 | 2298 | 3224 | 3679 | 4110 | 4520 | 4914 |
| 21900 | 2301 | 3229 | 3684 | 4115 | 4527 | 4921 |
| 21950 | 2305 | 3233 | 3689 | 4121 | 4533 | 4928 |
| 22000 | 2308 | 3238 | 3695 | 4127 | 4540 | 4935 |
| 22050 | 2311 | 3243 | 3700 | 4133 | 4546 | 4942 |
| 22100 | 2315 | 3247 | 3705 | 4139 | 4552 | 4949 |
| 22150 | 2318 | 3252 | 3710 | 4144 | 4559 | 4955 |
| 22200 | 2321 | 3257 | 3715 | 4150 | 4565 | 4962 |
| 22250 | 2325 | 3261 | 3721 | 4156 | 4572 | 4969 |
| 22300 | 2328 | 3266 | 3726 | 4162 | 4578 | 4976 |
| 22350 | 2332 | 3271 | 3731 | 4168 | 4584 | 4983 |
| 22400 | 2335 | 3275 | 3736 | 4173 | 4591 | 4990 |
| 22450 | 2338 | 3280 | 3741 | 4179 | 4597 | 4997 |
| 22500 | 2342 | 3285 | 3747 | 4185 | 4604 | 5004 |
| 22550 | 2345 | 3289 | 3752 | 4191 | 4610 | 5011 |
| 22600 | 2349 | 3294 | 3757 | 4197 | 4616 | 5018 |
| 22650 | 2352 | 3299 | 3762 | 4202 | 4623 | 5025 |
| 22700 | 2355 | 3303 | 3767 | 4208 | 4628 | 5031 |
| 22750 | 2359 | 3307 | 3771 | 4212 | 4633 | 5036 |
| 22800 | 2362 | 3311 | 3775 | 4216 | 4638 | 5041 |
| 22850 | 2365 | 3315 | 3779 | 4220 | 4642 | 5046 |
| 22900 | 2369 | 3319 | 3783 | 4224 | 4647 | 5051 |
| 22950 | 2372 | 3323 | 3787 | 4229 | 4652 | 5056 |
| 23000 | 2375 | 3328 | 3792 | 4233 | 4656 | 5061 |
| 23050 | 2378 | 3332 | 3796 | 4237 | 4661 | 5066 |
| 23100 | 2382 | 3336 | 3800 | 4241 | 4665 | 5071 |
| 23150 | 2385 | 3340 | 3804 | 4246 | 4670 | 5076 |
| 23200 | 2388 | 3344 | 3808 | 4250 | 4675 | 5081 |
| 23250 | 2392 | 3348 | 3812 | 4254 | 4679 | 5087 |
| 23300 | 2395 | 3352 | 3816 | 4258 | 4684 | 5092 |
| 23350 | 2398 | 3356 | 3820 | 4262 | 4689 | 5097 |
| 23400 | 2402 | 3360 | 3824 | 4267 | 4693 | 5102 |
| 23450 | 2405 | 3365 | 3828 | 4271 | 4698 | 5107 |
| 23500 | 2408 | 3369 | 3833 | 4275 | 4703 | 5112 |
| 23550 | 2412 | 3373 | 3837 | 4279 | 4707 | 5117 |
| 23600 | 2415 | 3377 | 3841 | 4284 | 4712 | 5122 |
| 23650 | 2418 | 3381 | 3845 | 4288 | 4717 | 5127 |

| | | | | | |
|---|---|---|---|---|---|
| 23700 | 2422 | 3385 | 3849 | 4292 | 4721 | 5132 |
| 23750 | 2425 | 3389 | 3853 | 4296 | 4726 | 5137 |
| 23800 | 2428 | 3393 | 3857 | 4300 | 4730 | 5142 |
| 23850 | 2432 | 3397 | 3861 | 4305 | 4735 | 5147 |
| 23900 | 2435 | 3401 | 3865 | 4309 | 4740 | 5152 |
| 23950 | 2438 | 3406 | 3869 | 4313 | 4744 | 5157 |
| 24000 | 2441 | 3410 | 3874 | 4317 | 4749 | 5162 |
| 24050 | 2445 | 3414 | 3878 | 4322 | 4754 | 5167 |
| 24100 | 2448 | 3418 | 3882 | 4326 | 4758 | 5172 |
| 24150 | 2451 | 3422 | 3886 | 4330 | 4763 | 5177 |
| 24200 | 2455 | 3426 | 3890 | 4334 | 4768 | 5182 |
| 24250 | 2458 | 3430 | 3894 | 4338 | 4772 | 5187 |
| 24300 | 2461 | 3434 | 3898 | 4343 | 4777 | 5192 |
| 24350 | 2465 | 3438 | 3902 | 4347 | 4782 | 5198 |
| 24400 | 2468 | 3442 | 3906 | 4351 | 4786 | 5203 |
| 24450 | 2471 | 3447 | 3910 | 4355 | 4791 | 5208 |
| 24500 | 2475 | 3451 | 3914 | 4359 | 4795 | 5213 |
| 24550 | 2478 | 3455 | 3919 | 4364 | 4800 | 5218 |
| 24600 | 2481 | 3459 | 3923 | 4368 | 4805 | 5223 |
| 24650 | 2485 | 3463 | 3927 | 4372 | 4809 | 5228 |
| 24700 | 2488 | 3467 | 3931 | 4376 | 4814 | 5233 |
| 24750 | 2491 | 3471 | 3935 | 4381 | 4819 | 5238 |
| 24800 | 2495 | 3475 | 3939 | 4385 | 4823 | 5243 |
| 24850 | 2498 | 3479 | 3943 | 4389 | 4828 | 5248 |
| 24900 | 2501 | 3484 | 3947 | 4393 | 4833 | 5253 |
| 24950 | 2504 | 3488 | 3951 | 4397 | 4837 | 5258 |
| 25000 | 2508 | 3492 | 3955 | 4402 | 4842 | 5263 |
| 25050 | 2511 | 3496 | 3960 | 4406 | 4846 | 5268 |
| 25100 | 2514 | 3500 | 3964 | 4410 | 4851 | 5273 |
| 25150 | 2518 | 3504 | 3968 | 4414 | 4856 | 5278 |
| 25200 | 2521 | 3508 | 3972 | 4419 | 4860 | 5283 |
| 25250 | 2524 | 3512 | 3976 | 4423 | 4865 | 5288 |
| 25300 | 2528 | 3516 | 3980 | 4427 | 4870 | 5293 |
| 25350 | 2531 | 3520 | 3984 | 4431 | 4874 | 5298 |
| 25400 | 2534 | 3525 | 3988 | 4435 | 4879 | 5303 |
| 25450 | 2538 | 3529 | 3992 | 4440 | 4884 | 5308 |
| 25500 | 2541 | 3533 | 3996 | 4444 | 4888 | 5314 |
| 25550 | 2544 | 3537 | 4000 | 4448 | 4893 | 5319 |
| 25600 | 2548 | 3541 | 4005 | 4452 | 4898 | 5324 |
| 25650 | 2551 | 3545 | 4009 | 4457 | 4902 | 5329 |
| 25700 | 2554 | 3549 | 4013 | 4461 | 4907 | 5334 |

| 25750 | 2558 | 3553 | 4017 | 4465 | 4911 | 5339 |
|---|---|---|---|---|---|---|
| 25800 | 2561 | 3557 | 4021 | 4469 | 4916 | 5344 |
| 25850 | 2564 | 3562 | 4025 | 4473 | 4921 | 5349 |
| 25900 | 2567 | 3566 | 4029 | 4478 | 4925 | 5354 |
| 25950 | 2571 | 3570 | 4033 | 4482 | 4930 | 5359 |
| 26000 | 2574 | 3574 | 4037 | 4486 | 4935 | 5364 |
| 26050 | 2577 | 3578 | 4041 | 4490 | 4939 | 5369 |
| 26100 | 2581 | 3582 | 4046 | 4494 | 4944 | 5374 |
| 26150 | 2584 | 3586 | 4050 | 4499 | 4949 | 5379 |
| 26200 | 2587 | 3590 | 4054 | 4503 | 4953 | 5384 |
| 26250 | 2591 | 3594 | 4058 | 4507 | 4958 | 5389 |
| 26300 | 2594 | 3598 | 4062 | 4511 | 4962 | 5394 |
| 26350 | 2597 | 3603 | 4066 | 4516 | 4967 | 5399 |
| 26400 | 2601 | 3607 | 4070 | 4520 | 4972 | 5404 |
| 26450 | 2604 | 3611 | 4074 | 4524 | 4976 | 5409 |
| 26500 | 2607 | 3615 | 4078 | 4528 | 4981 | 5414 |
| 26550 | 2611 | 3619 | 4082 | 4532 | 4986 | 5419 |
| 26600 | 2614 | 3623 | 4086 | 4537 | 4990 | 5424 |
| 26650 | 2617 | 3627 | 4091 | 4541 | 4995 | 5430 |
| 26700 | 2621 | 3631 | 4095 | 4545 | 5000 | 5435 |
| 26750 | 2624 | 3635 | 4099 | 4549 | 5004 | 5440 |
| 26800 | 2627 | 3640 | 4103 | 4554 | 5009 | 5445 |
| 26850 | 2630 | 3644 | 4107 | 4558 | 5014 | 5450 |
| 26900 | 2634 | 3648 | 4111 | 4562 | 5018 | 5455 |
| 26950 | 2637 | 3652 | 4115 | 4566 | 5023 | 5460 |
| 27000 | 2640 | 3656 | 4119 | 4570 | 5027 | 5465 |
| 27050 | 2644 | 3660 | 4123 | 4575 | 5032 | 5470 |
| 27100 | 2647 | 3664 | 4127 | 4579 | 5037 | 5475 |
| 27150 | 2650 | 3668 | 4132 | 4583 | 5041 | 5480 |
| 27200 | 2654 | 3672 | 4136 | 4587 | 5046 | 5485 |
| 27250 | 2657 | 3676 | 4140 | 4592 | 5051 | 5490 |
| 27300 | 2660 | 3681 | 4144 | 4596 | 5055 | 5495 |
| 27350 | 2664 | 3685 | 4148 | 4600 | 5060 | 5500 |
| 27400 | 2667 | 3689 | 4152 | 4604 | 5065 | 5505 |
| 27450 | 2670 | 3693 | 4156 | 4608 | 5069 | 5510 |
| 27500 | 2674 | 3697 | 4160 | 4613 | 5074 | 5515 |
| 27550 | 2677 | 3701 | 4164 | 4617 | 5079 | 5520 |
| 27600 | 2680 | 3705 | 4168 | 4621 | 5083 | 5525 |
| 27650 | 2684 | 3709 | 4173 | 4625 | 5088 | 5530 |
| 27700 | 2687 | 3713 | 4177 | 4629 | 5092 | 5535 |
| 27750 | 2690 | 3718 | 4181 | 4634 | 5097 | 5541 |

| 27800 | 2693 | 3722 | 4185 | 4638 | 5102 | 5546 |
|-------|------|------|------|------|------|------|
| 27850 | 2697 | 3726 | 4189 | 4642 | 5106 | 5551 |
| 27900 | 2700 | 3730 | 4193 | 4646 | 5111 | 5556 |
| 27950 | 2703 | 3734 | 4197 | 4651 | 5116 | 5561 |
| 28000 | 2707 | 3738 | 4201 | 4655 | 5120 | 5566 |
| 28050 | 2710 | 3742 | 4205 | 4659 | 5125 | 5571 |
| 28100 | 2713 | 3746 | 4209 | 4663 | 5130 | 5576 |
| 28150 | 2717 | 3750 | 4213 | 4667 | 5134 | 5581 |
| 28200 | 2720 | 3754 | 4218 | 4672 | 5139 | 5586 |
| 28250 | 2723 | 3759 | 4222 | 4676 | 5143 | 5591 |
| 28300 | 2727 | 3763 | 4226 | 4680 | 5148 | 5596 |
| 28350 | 2730 | 3767 | 4230 | 4684 | 5153 | 5601 |
| 28400 | 2733 | 3771 | 4234 | 4689 | 5157 | 5606 |
| 28450 | 2737 | 3775 | 4238 | 4693 | 5162 | 5611 |
| 28500 | 2740 | 3779 | 4242 | 4697 | 5167 | 5616 |
| 28550 | 2743 | 3783 | 4246 | 4701 | 5171 | 5621 |
| 28600 | 2747 | 3787 | 4250 | 4705 | 5176 | 5626 |
| 28650 | 2750 | 3791 | 4254 | 4710 | 5181 | 5631 |
| 28700 | 2753 | 3796 | 4259 | 4714 | 5185 | 5636 |
| 28750 | 2756 | 3800 | 4263 | 4718 | 5190 | 5641 |
| 28800 | 2760 | 3804 | 4267 | 4722 | 5195 | 5646 |
| 28850 | 2763 | 3808 | 4271 | 4727 | 5199 | 5651 |
| 28900 | 2766 | 3812 | 4275 | 4731 | 5204 | 5657 |
| 28950 | 2770 | 3816 | 4279 | 4735 | 5208 | 5662 |
| 29000 | 2773 | 3820 | 4283 | 4739 | 5213 | 5667 |
| 29050 | 2776 | 3824 | 4287 | 4743 | 5218 | 5672 |
| 29100 | 2780 | 3828 | 4291 | 4748 | 5222 | 5677 |
| 29150 | 2783 | 3832 | 4295 | 4752 | 5227 | 5682 |
| 29200 | 2786 | 3837 | 4299 | 4756 | 5232 | 5687 |
| 29250 | 2790 | 3841 | 4304 | 4760 | 5236 | 5692 |
| 29300 | 2793 | 3845 | 4308 | 4764 | 5241 | 5697 |
| 29350 | 2796 | 3849 | 4312 | 4769 | 5246 | 5702 |
| 29400 | 2800 | 3853 | 4316 | 4773 | 5250 | 5707 |
| 29450 | 2803 | 3857 | 4320 | 4777 | 5255 | 5712 |
| 29500 | 2806 | 3861 | 4324 | 4781 | 5259 | 5717 |
| 29550 | 2810 | 3865 | 4328 | 4786 | 5264 | 5722 |
| 29600 | 2813 | 3869 | 4332 | 4790 | 5269 | 5727 |
| 29650 | 2816 | 3874 | 4336 | 4794 | 5273 | 5732 |
| 29700 | 2819 | 3878 | 4340 | 4798 | 5278 | 5737 |
| 29750 | 2823 | 3882 | 4345 | 4802 | 5283 | 5742 |
| 29800 | 2826 | 3886 | 4349 | 4807 | 5287 | 5747 |

| 29850 | 2829 | 3890 | 4353 | 4811 | 5292 | 5752 |
|---|---|---|---|---|---|---|
| 29900 | 2833 | 3894 | 4357 | 4815 | 5297 | 5757 |
| 29950 | 2836 | 3898 | 4361 | 4819 | 5301 | 5762 |
| 30000 | 2839 | 3902 | 4365 | 4824 | 5306 | 5768 |

\* \* \*

**Rule 1910.16-3.1. Support Guidelines. High Income Cases.**

(a) *Child Support Formula*. **[When]If** the parties' combined monthly net income **[is above]exceeds** $30,000, the following three-step process shall be applied to calculate the parties' respective child support obligations. The amount of support calculated pursuant to this three-step process shall **[in no event]not** be less than the amount of support that would have been awarded if the parties' combined **monthly** net **[monthly]** income **[were]was** $30,000. **[That]The calculated** amount shall be **[a]the** presumptive minimum amount **of support**.

(1) First, the following formula shall be applied as a preliminary analysis in calculating the amount of basic child support to be apportioned between the parties according to their respective **monthly net** incomes:

One child: $**[2,801]2,839**+ **[8.5]8.6** % of combined **monthly** net income above $30,000**[ per month]**.

Two children: $**[3, 836]3,902** + **[11.6]11.8**% of combined **monthly** net income above $30,000**[ per month]**.

Three children: $**[4,277]4,365** + **[12.6]12.9**% of combined **monthly** net income above $30,000**[ per month]**.

Four children: $**[4,718]4,824** + **[14.3]14.6**% of combined **monthly** net income above $30,000**[ per month]**.

Five children: $**[5,190]5,306** + **[15.8]16.1**% of combined **monthly** net income above $30,000**[ per month]**.

Six children: $**[5,641]5,768** + **[17.1]17.5**% of combined **monthly** net income above $30,000**[ per month]**;

\* \* \*

**Rule 1910.16-4. Support Guidelines. Calculation of Support Obligation, Formula.**

* * *

(c)     *Substantial or Shared Physical Custody.*

* * *

*Example*.  **[Where]If** the obligor and the obligee have monthly net incomes of $5,000 and $2,300, respectively**,** their combined child support obligation is $**[1,669]1,701** for two children.  Using the income shares formula in Part I, the obligor's share of this obligation is 68%, or $**[1,135]1,157**.  If the children spend 40% of their time with the obligor, the formula in Part II applies to reduce his or her percentage share of the combined support obligation to 58%, or $**[968]987**.  If the children spend 45% of their time with the obligor, his or her percentage share of the combined obligation is reduced to 53%, or $**[885]902**.  If the children spend equal time with both parents, the obligor's percentage share is reduced to 48%, or $**[801]816**.

(2)     Without regard to which parent initiated the support action, when the children spend equal time with **[both]their** parents, the Part II formula cannot be applied unless the obligor is the parent with the higher income.  **[In no event shall an order]An order shall not** be entered requiring the parent with the lower income to pay basic child support to the parent with the higher income.  However, **[nothing in]** this subdivision shall **[prevent]not preclude** the entry of an order requiring the parent with less income to contribute to additional expenses pursuant to **[Rule]Pa.R.C.P. No.** 1910.16-6.  **[Pursuant to either party's initiating a support action]Based upon the evidence presented**, the trier of fact may enter an order against either party **[based upon the evidence presented]** without regard to which party initiated the action.  **[In all cases in which]If** the parties share custody equally and the support calculation results in the obligee receiving a larger share of the parties' combined income, then the court shall adjust the support obligation so that the combined **monthly net** income is allocated equally between the two households.  In those cases, **[no]**spousal support or alimony **[pendente lite]*pendente lite*** shall **not** be awarded.

*Example 1*.  Mother and Father have monthly net incomes of $3,000 and $2,700**,** respectively.  Mother has filed for support for the parties' two children with whom **[they] the parties** share time equally.  **As the parties have equal custody and Mother has the higher income, Mother cannot be the obligee.  Although Mother initiated the support action, she would be the obligor.**  Pursuant to the basic child support schedule **[at Rule]in Pa.R.C.P. No.** 1910.16-3, the support amount for two children at **[their parents']the parties'** combined **monthly** net income level is $**[1,450]1,487** per month.  Mother's share is 53% of that amount, or $**[769]788**.  Father's share is 47%, or $**[682]699**.  **[Application of subdivisions a. and b. of the Part II formula results in a 20% reduction in support when each parent spends 50% of the time with the children.  Because the parties share custody equally, Mother cannot be the**

35

**obligee for purposes of the Part II calculation because she has the higher income of the two parents.  In these circumstances, although Mother initiated the support action, she would become the obligor even if Father has not filed for support. Father cannot be an obligor in the Part II calculations nor can the amount of support Mother is obligated to pay to Father be offset by calculating Father's adjusted amount of support under Part II because a support order cannot be entered against the parent with the lesser income.  Using Mother as the obligor, her]Application of lines 11a and 11b of the Part II formula results in a 20% reduction in support when the obligor has 50% custody of the children.  Mother's** adjusted percentage share of the basic support amount is 33% (53%-20%=33%).  Her adjusted share of the basic support amount is $**[479]491** (33% of $**[1,450]1,487**). However, **[instead of $479 per month,]as this amount would result in Father having a greater share of the parties' combined monthly net income ($3,191 vs. $2,509),** Mother's support obligation would be adjusted to $150 per month to allocate the parties' combined **monthly net** income equally between the two households**[.  This is]and would be** the presumptive amount of basic support payable to Father under these circumstances.

*Example 2.*  **[Where]If** the obligor and the obligee have monthly net incomes of $3,000 and $2,500**,** respectively, **then** their combined child support obligation for two children is $**[1,426]1,463**.  The obligor's share of this obligation is 55%, or $**[784]805 ($1,463 x 55%)**.  If the children spend equal time with **[both]the** parents, the formula in Part II results in a support obligation of $**[499]512 ($1,463 x 35%)** payable to the obligee.  Since this amount **[gives]results in** the obligee **having monthly net income of** $**[2,999]3,012** [of the combined income] and **[leaves]** the obligor **[with only] having monthly net income of** $**[2,501]2,488** [of the combined income], the obligor's support obligation **[must]would** be adjusted to $250 to equalize the combined **monthly net** income between the parties' households**[.  This is]and would be** the presumptive amount of basic support payable to the obligee under these circumstances.

(d)  *Divided or Split Physical Custody.  When Each Party Owes Child Support to the Other Party.  Varied Partial or Shared Custodial Schedules.*

(1)  *Divided or Split Physical Custody.  When Each Party Owes Child Support to the Other Party*.  When calculating a child support obligation and each party owes child support to the other party as a result of the custodial arrangement, the court shall offset the parties' respective child support obligations and award the net difference to the obligee as child support.

*Example 1.*   If the parties have three children, one child resides with Mother and two children reside with Father, and their **monthly** net [monthly] incomes are $2,500 and $1,250 respectively, Mother's child support obligation is calculated using the schedule in Pa.R.C.P. No. 1910.16-3 for two children at the parties' combined **monthly**

net **[monthly]** income of $3,750.  The amount of basic child support to be apportioned between the parties is $**[1,200]1,224**.  As Mother's income is 67% of the parties' combined **monthly** net **[monthly]** income, Mother's support obligation for the two children living with Father is $**[804]820**.  Father's child support obligation is calculated using the schedule in Pa.R.C.P. No. 1910.16-3 for one child at the parties' combined **monthly** net **[monthly]** income of $3,750.  The amount of basic child support to be apportioned between the parties is $**[836]853**.  Father's support obligation for the child living with Mother is $**[276]281**.  Subtracting $**[276]281** from $**[804]820** produces a net basic support amount of $**[528]539** payable to Father as child support.

*Example 2.*    If the parties have two children, one child resides with Mother and the parties share custody (50% - 50%) of the other child, and the parties' **[net]** monthly **net** incomes are as set forth in Example 1.  The child support obligation is calculated using the schedule in Pa.R.C.P. No. 1910.16-3 for the one child primarily residing with Mother at the parties' combined **monthly** net **[monthly]** income of $3,750, the amount of basic child support to be apportioned between the parties is $**[836]853**.  Father's income is 33% of the parties' combined **monthly** net **[monthly]** income, and the support obligation for the child living with Mother is $**[276]281**.  For Mother's obligation for the child with the 50% - 50% shared custody arrangement, using the schedule in Pa.R.C.P. No. 1910.16-3 for one child at the parties' combined **monthly** net **[monthly]** income of $3,750, the amount of basic child support to be apportioned between the parties is $**[836]853**.  Mother's proportionate share of the combined **monthly** net incomes is 67%, but it is reduced to 47% after applying the shared parenting time adjustment for 50% custody under subdivision (c).  Mother's child support obligation for the shared custody child is $**[393]401** ($**[836]853** X 47%).  As Mother's obligation is greater than Father's obligation, Father is the obligee and receives the net of the two obligations by subtracting $**[276]281** from $**[393]401**, or $**[117]120**.

(2)    *Varied Partial or Shared Custodial Schedules.*  When the parties have more than one child and each child spends either (a) different amounts of partial or shared custodial time with the party with the higher income or (b) different amounts of partial custodial time with the party with the lower income, the trier of fact shall add the percentage of time each child spends with that party and divide by the number of children to determine the party's percentage of custodial time.  If the average percentage of custodial time the children spend with the party is 40% or more, the provisions of subdivision (c) apply.

\* \* \*

*Example 3.*    The parties have three children, Mother has primary custody (60% - 40%) of one child, Father has primary custody (60% - 40%) of one child, and the parties share custody (50% - 50%) of the third child.  The parties' **monthly** net **[monthly]** incomes are $2,500 (Mother) and $1,250 (Father).  As a result of the custodial

arrangement, Father owes support for the child in the primary custody of Mother and Mother owes support for the child in the primary custody of Father and for the child shared equally between the parties.  Father's child support obligation is calculated using the schedule in Pa.R.C.P. No. 1910.16-3 for one child at the parties' combined **monthly** net [monthly] income of $3,750.  The amount of basic child support to be apportioned between the parties is $[836]853.  Father's proportionate share of the combined **monthly** net incomes is 33%, but is reduced to 23% after applying the shared parenting time adjustment for 40% custody under subdivision (c).  Father's child support obligation for this child is $[192]196 ($[836]853 X 23%).  Mother's child support obligation is calculated using the schedule in Pa.R.C.P. No. 1910.16-3 for two children at the parties' combined **monthly** net [monthly] income of $3,750.   The amount of basic child support to be apportioned between the parties is $[1,200]1,224.  Mother has varying partial or shared custody of the two children (40% and 50%).  Under subdivision (d)(2), the custodial time is averaged or in this case 45%.  Mother's proportionate share of the combined **monthly** net incomes is 67%, but it is reduced to 52% after applying the shared parenting time adjustment for 45% custody under subdivision (c).  Mother's child support obligation for these children is $[624]636 ($[1,200]1,224 x 52%).  Offsetting the support amounts consistent with subdivision (d)(1), Mother's obligation is greater than Father's obligation, and Father is the obligee receiving the net of the two obligations by subtracting $[192]196 from $[624]636, or $[432]440.

\* \* \*

**Rule 1910.16-6.  Support Guidelines.  Adjustments to the Basic Support Obligation.  Allocation of Additional Expenses.**

[Additional expenses permitted pursuant to this Rule 1910.16-6 may be allocated between the parties even if the parties' incomes do not justify an order of basic support.]The trier of fact may allocate between the parties the additional expenses identified in subdivisions (a) - (e).  If under the facts of the case an order for basic support is not appropriate, the trier of fact may allocate between the parties the additional expenses.

(a)     *Child care expenses.*  Reasonable child care expenses paid by either parent, if necessary to maintain employment or appropriate education in pursuit of income, shall be allocated between the parties in proportion to their **monthly** net incomes and added to his and her basic support obligation.  When a parent is receiving a child care subsidy through the [Department of Public Welfare]Department of Human Services, the expenses to be allocated between the parties shall be the amount actually paid by the parent receiving the subsidy.

*Example*.  Mother has primary custody of the parties' two children and Father has partial custody.  Mother's monthly net income is $2,000 and Father's is $3,500.  At their

combined income level of $5,500, the basic monthly child support from the schedule in **[Rule]Pa.R.C.P. No.** 1910.16-3 is $**[1,426]1,463** for two children.  As Father's income is 64% of the parties' combined income, his share is $**[913]936**.  Mother incurs child care expenses of $400 per month and Father incurs $100 of such expenses each month.  The total amount of child care expenses, $500, will be apportioned between the parties, with Father paying 64%, or $320.  As he is already paying $100 for child care while the children are in his partial custody, he would pay the remaining $220 to Mother for a total child support obligation of $**[1,133]1,156** ($**[913]936** + $220 = $**[1,133]1,156**).

\* \* \*

**Rule 1910.16-7.  Support Guidelines.  Awards of Child Support When There are Multiple Families.**

(a)　　When the total of the obligor's basic child support obligations equals **[fifty percent]50%** or less of his or her monthly net income, there will **[generally]** be no deviation from the guideline amount of support on the ground of the existence of a new family. **[For example, where]**

***Example:***  **If** the obligor requests a reduction of support for one child of the first marriage on the basis that there is a new child of the second intact marriage, and the relevant monthly net incomes are $2,500 for the obligor, $500 for the former spouse and $1,300 for the current spouse, **then** the request for a reduction will be denied because the total support obligation of $**[1,140]1,153** ($584 for the first child and $**[556]569** for the second child) is less than half of the obligor's monthly net income.

(b)　　When the total of the obligor's basic support obligations exceeds **[fifty percent]50%** of his or her monthly net income, the court may consider a proportional reduction of these obligations.  Since, however, the goal of the guidelines is to treat each child equitably, **[in no event should either]** a first or later family **shall not** receive preference**[.  Nor shall], and** the court **shall not** divide the guideline amount for all of the obligor's children among the households in which those children live.

*Example 1*.  The obligor is sued for support of an out of wedlock child.  The obligor is already paying support for two children of the first marriage, and has an intact second marriage with one child.  The relevant monthly net incomes are $3,800 for the obligor, $1,100 for the former spouse, $0 for the current spouse and $1,500 for the parent of the new child.  The obligor's basic support obligations to each family are $**[1,061]1,097** for the two children of the first marriage, $**[842]862** for the one child of the second marriage, and $**[708]727** for the one child out of wedlock for a total support obligation of $**[2,611]2,686**.  Since the total of these obligations exceeds **[fifty percent]50%** of the obligor's **monthly** net **[monthly]** income of $3,800 per month, the court may consider a proportional reduction of all of the orders.

39

*Example 2*.  The obligor is sued for support of three children of a second marriage.  There is already an order in effect for two children of the first marriage.  The relevant monthly net incomes are $1,600 for the obligor, $0 for the first spouse and $500 for the second spouse.  The obligor's basic support obligations to each family are $**[554]555** for the two children of the first marriage and $**[638]641** for the three children of the second marriage for a total support obligation of $**[1,192]1,196**.  Since this total obligation leaves the obligor with only $**[408]404** on which to live, the **[order for the three children of the second family is]orders are** too high**[  The]as the** obligor **[also]** must be left with a Self-Support Reserve of $**[931]981**.  However, reducing the order for three children while leaving the existing order intact would give preference to the first family, contrary to the rule.  Therefore, both orders must be reduced proportionally.

*Example 3*.  The obligor is sued **by three obligees** to establish orders for three children **[born out of wedlock]**.  The **monthly** net **[monthly incomes]income** for the obligor and for each obligee is $1,500.  The court would determine that the obligor's basic support obligation for each child is $352 for a total obligation of $1,056 for three children.  It would be incorrect to determine the guideline amount for three children, in this case $1,189, and then divide that amount among the three children.  **Due to the total support amount exceeding 50% of the obligor's monthly net income, the support orders should be reduced proportionately consistent with subdivision (b) and ensure the obligor retains the Self-Support Reserve of $981 consistent with Pa.R.C.P. No. 1910.16-2(e).**

(c)     For purposes of this rule, the presumptive amount of the obligor's basic support obligation is calculated using only the basic guideline amounts of support, as determined from the formula in **[Rule]Pa.R.C.P. No.** 1910.16-4, and does not include any additional expenses that may be added to these amounts pursuant to **[Rule]Pa.R.C.P. No.** 1910.16-6.  In calculating the presumptive amount of the obligor's basic support obligation, the court should ensure that **the** obligor retains at least $**[931]981** per month consistent with **[Rule]Pa.R.C.P. No.** 1910.16-2(e).

*Example 1*.  Assume that the obligor is paying $**[565]566** per month support for one child of the first marriage, plus an additional $200 per month for child care expenses.  The obligor requests a reduction in this support obligation on the basis that there is one new child of the second intact marriage.  The relevant incomes are $2,400 for the obligor and $0 for both the former and current spouses. The obligor's request for a reduction should be denied because the total of the basic guideline obligations for both children is only $**[1,130]1,132** ($**[565]566** for each child) and **[this amount]** does not exceed 50% of the obligor's **monthly** net **[monthly]** income.  **[No]A** reduction should **not** be given on the basis that the obligor's contribution to child care expenses for the first child results in an overall support obligation of $**[1,330]1,332** which exceeds 50% of the obligor's **monthly** net **[monthly]** income.  Thus, the presumptive amount of

basic support for the two children is still $**[1,130]1,132** ($**[565]566** for each child). The court must then consider the deviation factors under **[Rule]Pa.R.C.P. No.** 1910.16-5 and the parties' respective contributions to additional expenses under **[Rule]Pa.R.C.P. No.** 1910.16-6 in arriving at an appropriate amount of total support for each child.

　　　*Example 2.*  Assume that the obligor is paying $360 per month support for one child of the first marriage.  The obligor has one new child of the second intact marriage.  The relevant incomes are $1,500 for the obligor and $0 for **[both]** the former and current spouses.  **[No]A** reduction should **not** be given on the basis of the obligor's new child because the total of the basic guideline obligations for both children is only $720 ($360 for each child) and this amount does not exceed 50% of the obligor's **monthly** net **[monthly]** income.  Since, however, this amount leaves the obligor with only $780 per month, the court should proportionally reduce the support obligations so that the obligor retains $**[931]981** per month.  Thus, the presumptive amount of basic support for the two children is $**[569]519** ($**[284.50]259.50** for each child).  The court must then consider the deviation factors under **[Rule]Pa.R.C.P. No.** 1910.16-5 and the parties' respective contributions to additional expenses under **[Rule]Pa.R.C.P. No.** 1910.16-6 in arriving at an appropriate amount of total support for each child.

* * *